148862-0

# LEASE OF PAPAGO BASEBALL FACILITY
# BY THE CITY OF SCOTTSDALE

THIS LEASE OF THE PAPAGO BASEBALL FACILITY ("Lease") by and between the  CITY OF PHOENIX, an Arizona municipal corporation (hereinafter "Landlord" or "Phoenix"), and the City of Scottsdale, an Arizona municipal corporation (hereinafter "Tenant" or "Scottsdale") is entered into as of *Nov. 26, 2018*. Phoenix and Scottsdale are individually referred to as a "Party" and collectively as the "Parties."

## RECITALS

A. Phoenix owns the Papago Baseball Facility located at 1802 N. 64th Street, Phoenix, Arizona, 85008 including all existing major league baseball fields, clubhouse, batting cages, parking areas and other improvements located thereon (collectively, the "Facility") on property legally described on Exhibit "A" and depicted on Exhibit "B", both attached hereto and incorporated herein by this reference.

B. The Facility is currently being used by Phoenix for youth and adult baseball, and for foreign professional baseball teams.

c. Indian School Park practice fields in Scottsdale have been used by the San Francisco Giants Baseball Club, LLC ("Giants") since 1986, but have proved to be inadequate for the expansion of year round Giants' Player Development Program.

D. Phoenix has agreed to lease the Facility to Scottsdale, which will grant rights to sublease the Facility to the Giants so that the Giants' Player Development Program can be moved to the Facility from Indian School Park. Phoenix has agreed to this grant of rights to sublease.

## ARTICLE 1 - FACILITY LEASE; TERM

1.1 Grant of Facility Lease. Phoenix hereby leases to Scottsdale and Scottsdale hereby leases from Phoenix, upon and in consideration of the terms and conditions contained herein, the Facility in the condition in which it exists as of the Effective Date. The Parties anticipate that Scottsdale will enter into a sublease arrangement with the Giants who will make substantial improvements to the Facility and will move its year-round Player Development Program to the Facility. This lease and any sublease shall be subject to all of the provisions of this Lease and in addition, the following:

(a) Present and future building restrictions and regulations, master plans, zoning laws, ordinances, resolutions and regulations of the City of Phoenix ("City Regulations"), but with respect to any future City Regulations, only to the extent the same are enacted and applied uniformly and consistently to similar classes of property or similar uses.

15722181V16          Exhibit A  Page 1          Contract No. 2018-201-COS

---

*This is the text of original Lease, imported from a PDF file provided by Scottsdale, with annotations*

*The contracts received from Phoenix and Scottsdale are available. A few irrelevant pages have been excluded.*

*The Sublease (Scottsdale to Giants) is essentially the same as the Lease, with minor variations.*

*"used", not leased*

*'inadequate' - Is this a government problem?*

*Scottsdale is not 1 of 7 permitted leases under land patents and deeds.*

*Title Documents give no authorization to sublease*

*"Substantial improvements" is different from bulldoze and complete rebuild*

*An expansion and change of use for a baseball training facility is not in Master Plan*

(b) Present and future ordinances, laws, regulations and orders of all boards, bureaus, commissions, and bodies of any county, state, or federal authority now or hereafter having jurisdiction over the Land.

Upon receipt of confirmation of the sublease arrangement to the Giants, referenced above, Phoenix acknowledges and agrees that no decision, waiver, approval, disapproval, notice or communication involving Scottsdale and required or otherwise provided in this Lease shall be effective without joinder with the Giants.

**1.2 Term.** The term of this Lease ("Term") is thirty five (35) years, which will commence on December 1, 2018, the "Commencement Date", and expire at 12:00 midnight on November 30, 2053.

**1.3 Extensions.** The Term may be extended for two (2) five (5) year periods subject to consent by Phoenix City Council and Scottsdale City Council, which either may withhold in its sole and absolute discretion.

**1.4 Condition of Facility at Commencement Date.** Promptly after the Effective Date, Phoenix and Scottsdale shall, together, inspect the Facility. Phoenix acknowledges and agrees that during the period between the Effective Date and the Commencement Date, Phoenix will take good care of the Facility, make, or cause to be made, all commercially reasonable repairs thereto, interior and exterior, structural and nonstructural, foreseen and unforeseen, and take all commercially reasonable steps to maintain and keep, or cause to be maintained and kept, the Facility and the fields, sidewalks, curbs, adjacent rights-of-way, and landscaping in good and debris-free order, repair, and condition in accordance with applicable City of Phoenix ordinances, and shall deliver the Facility to Scottsdale on the Commencement Date in such condition, except that Scottsdale recognizes that Phoenix will not overseed the Facility in the Fall of 2018.

**1.5 Tenant's Right to Terminate.** Scottsdale has the right to terminate the Lease in any year for any reason, subject to a one year notification period provided the Facility is free and clear of all claims, liens, and encumbrances, including subleases and concession contracts, and in at least as good repair as on the Commencement Date.

## ARTICLE 2 - RENT; ADDITIONAL PAYMENTS; TAXES AND ASSESSMENTS

**2.1 Lease Payments.** Scottsdale shall pay to Phoenix lease payments annually ("Lease Payments"), beginning on the first day of December, 2018. Subsequent payments shall be made by Scottsdale to Phoenix on the same day (or the next business day, if such day is not a business day) of each year thereafter until the Term expires. Scottsdale shall pay the Lease Payments to Phoenix to:

City of Phoenix

Parks and Recreation Department
200 West Washington
Phoenix, AZ 85003
Attention: Accounting Supervisor

15722181V16              Exhibit A  Page 2        Contract No. 2018-201-COS

*the "Land| has federal and AZ State deed restrictions that require it be used as a public park.*

*"joinder" and "quiet enjoyment"(23.21) clauses give Giants effective control of public Papago Park land, forbidden in deeds.*

*This basically same term as zoo and Botanical contracts (permitted by US and AZ)*
*We will all be dead and Giants will still occupy public park lands.*

*(Note: strangely, the Sublease term is 25+20 years)*

*Actually, Scottsdale cannot terminate because of joinder provision.  It will never be "free and clear" of the obligations it has assumed, as per  item 1.5.*

*Scottsdale can do nothing unless approved by Giants.*

*Also, how is it going to be in "at least as good repair" if old facility was torn down?*

or to such other address as Phoenix may designate by written notice to Scottsdale, in lawful money of the United States of America or by check supported by good and immediately available funds.

2.2 **Payment Schedule.** Lease payments shall be made according to the following schedule:

| Lease Year | Calendar | Lease Payment |
|---|---|---|
| 1 | 2019 | $ 0 |
| 2 | 2020 | $ 0 |
| 3 | 2021 | $ 0 |
| 4 | 2022 | $ 50,000 |
| 5 | 2023 | $ 50,000 |
| 6 | 2024 | $ 50,000 |
| 7 | 2025 | $ 50,000 |
| 8 | 2026 | $ 50,000 |
| 9 | 2027 | $ 50,000 |
| 10 | 2028 | $ 50,000 |
| 11 | 2029 | $ 50,000 |
| 12 | 2030 | $ 50,000 |
| 13 | 2031 | $ 50,000 |
| 14 | 2032 | $ 65,000 |
| 15 | 2033 | $ 65,000 |
| 16 | 2034 | $ 65,000 |
| 17 | 2035 | $ 65,000 |
| 18 | 2036 | $ 65,000 |
| 19 | 2037 | $ 65,000 |
| 20 | 2038 | $ 65,000 |
| 21 | 2039 | $ 65,000 |
| 22 | 2040 | $ 65,000 |
| 23 | 2041 | $ 65,000 |
| 24 | 2042 | $ 70,000 |
| 25 | 2043 | $ 70,000 |
| 26 | 2044 | $ 70,000 |
| 27 | 2045 | $ 70,000 |
| 28 | 2046 | $ 70,000 |
| 29 | 2047 | $ 75,000 |
| 30 | 2048 | $ 75,000 |
| 31 | 2049 | $ 75,000 |
| 32 | 2050 | $ 75,000 |
| 33 | 2051 | $ 75,000 |

*Free rent for 3 years!*

*This rent is equivalent to $1,260 per acre per year, less than 1/50th of market values for nearby, inferior land properties (Zillow)*

*This is considering only the 36.75 acres in Lease, not the 42+ actually occupied.*

*This is the greatest deal in history of AZ real estate*

*How often do we see a corporation building a private, enclosed, restricted-access facility in a public park?  And for chickenfeed, too!*

*Note that in Sublease, these payments from Scottsdale are assumed by Giants, which pays them directly to Phoenix*

| 34 | 2052 | $ | 75,000 |
| 35 | 2053 | $ | 75,000 |

2.3     **Perimeter Trail; Overflow Parking Lot; Substitute Fields.**

*Exhibit C show 9 trails going everywhere., over native desert vegetation*

2.3.1 Scottsdale will design and construct to Phoenix specifications a new perimeter walking trail, as illustrated on Exhibit "C" attached hereto and incorporated herein by this reference. The trail will be a minimum of 4 feet wide and constructed of native soil according to Phoenix standards. The trail design will be submitted to Phoenix for approval no later than November 30, 2019 and construction will be completed no later than January 31 , 2021.

2.3.2 Scottsdale or its sublessee will construct a new overflow parking lot with a minimum of 110 spaces to be located east of the existing parking lot, as illustrated on Exhibit "D" attached hereto and incorporated herein by this reference and in conformance with all City of Phoenix requirements. Plans for the parking lot will be submitted to Phoenix for approval no later than November 30, 2019 and construction will be completed no later than January 31, 2021. Scottsdale or its sublessee will maintain the overflow parking lot at its sole cost and expense.

*Not only was the overflow parking lot built in wrong place (North of softball facility) but it is worst parking lot in human history. 40 tons of pitch were simply dumped, without any soil preparation, on desert after scraping off all vegetation*

2.3.3 No later than January 1, 2021 and for the remainder of the Term, Scottsdale will make the Facility, a baseball practice facility located at the southeast corner of Camelback Road and Hayden Road in Scottsdale commonly referred to as Indian School Park ("Park") and Scottsdale Stadium ("Stadium") available to youth and adult organizations currently utilizing the fields at the three facilities combined under similar, reasonable terms, when such facilities are not in use by the Giants.

*The public can use Indian School park and stadium when not being used by Giants. This is very generous!*

(a) No later than April 1, 2021, the Park will generally be made available during the spring, summer and fall seasons to youth and adult organizations on a reservation basis, subject to mutual agreement of the Parties. Scottsdale will maintain the Park at its cost throughout the term.

(b) The Stadium will be made available on a reservation basis after spring training season up to the beginning of the Fall League occurring in the fall of each year, subject to mutual agreement of the Parties. Scottsdale will maintain the Stadium at its cost throughout the term.

(c) The Facility will be made available pursuant to the terms of Article 6.

*Scottsdale gets to pay for maintenance of park and stadium, evidently even when used by Giants.*

2.4 **Taxes and Assessments**. Scottsdale shall be responsible for and shall pay as additional payments during the Term ("Additional Payments") before any fine, penalty, interest or cost may be added thereto, or become due or be imposed by operation of law for the nonpayment thereof, all taxes, assessments, fees, charges or other impositions applicable to or imposed on the Facility or related to any Giants game or event or any use or rights under this Lease, including without limitation all income, lease, sales and transaction privilege taxes, related to or on account of the operations and use rights granted to and exercised by any sublessee under this Lease.

*In the Sublease, the Giants assume all of Lease covenants, rights and obligations (including operating expenses), as if the Giants were the Tenant under the Master Lease, not Scottsdale*

2.5 **Other Additional Payments — Operating and Maintenance Costs**. At its sole cost and expense, Scottsdale will operate, repair and maintain the Facility, and pay for all

services related to such use, including all water and sewer rates and charges, charges for public utility, excises, levies, licenses, permit fees, and costs of construction, alterations, repairs, and reconstruction, as hereinafter provided, which may arise or become due during the Term hereof.

**2.6 Government Property Lease Excise Tax**. Scottsdale acknowledges that the Facility will be used throughout the Term of the Lease for a governmental activity pursuant to A.R.S. Section 42-6208(1), Accordingly, the Parties hereby agree that the Facility is exempt from the Government Property Lease Excise Tax as set forth under A.R.S. Section 42-6201 through 42-6210. Additionally, Scottsdale agrees to promptly provide any information or documentation requested by Phoenix in order for Phoenix to comply with its obligations as a government lessor under the GPLET statutes, A.R.S. Sections 42-6201 through 42-6210.

*Unknown to most people, baseball is a "government activity," so it is tax-free chickenfeed.*

## ARTICLE 3 – INSURANCE

**3.1 Tenant Obligation to Insure**. Scottsdale will provide insurance coverage outlined in Exhibit "E" attached hereto and incorporated herein by this reference, directly or will require each sublessee and its subcontractors to provide the coverage under Exhibit "E" on a primary basis naming Phoenix and Scottsdale as loss payees and additional insureds. Property insurance for buildings under construction shall be insured by each sublessee or its subcontractor until construction is completed. Thereafter, Scottsdale may insure the buildings on the blanket property insurance of Scottsdale with Phoenix listed as loss payee to the extent of its title interest. Notwithstanding the foregoing, Scottsdale will require that its sublessees and contractors procure and maintain insurance against claims for injuries to persons or damages to property which may arise from or in connection with activities at the Facility by such sublessee or contractor or their agents, representatives, employees or contractors in accordance with the requirements set forth in Exhibit "E".

## ARTICLE 4 – SURRENDER

4.1 Upon the expiration or sooner termination of the Term or of Scottsdale's right to possession, Scottsdale will remove all trade fixtures, machinery, equipment, furniture or other personal property of whatever kind and nature kept or installed at the Facility by Scottsdale. Scottsdale agrees that in the event of damage to the Facility due to such removal, Scottsdale shall repair any damage to the Facility caused by such removal. Upon the termination or expiration of this Lease, or upon the termination of Scottsdale's right of possession, whether by lapse of time or otherwise, Scottsdale will at once surrender possession of the Facility to Phoenix in good condition, ordinary wear and tear, casualty loss and condemnation excepted. Any real or personal property of Scottsdale that remains at the Facility after the expiration of the Term hereof or sooner termination will be deemed to have been abandoned, and may either be retained by Phoenix as its property or disposed of in such manner as Phoenix may see fit. If such property or any part thereof is sold, Phoenix may retain the proceeds of such sale.

## ARTICLE 5 - LANDLORD'S CURES

**5.1 Landlord's Cures**. If Scottsdale fails to make any payment required to be made under this Lease within any applicable cure period, or defaults in the performance of any other covenant, agreement, term, provision, limitation, or condition herein contained and fails to cure the same within the applicable cure period, then after reasonable notice to Scottsdale, which is

*So if Scottsdale (the Giants, really) doesn't pay bills, Phoenix will pay them and then sue Scottsdale for bills plus expenses.*

agreed to be not less than ten (10) business days, Phoenix, without being under any obligation to do so and without thereby waiving such default, may make such payment and/or remedy such other default for the account and at the expense of Scottsdale, immediately and without additional notice to Scottsdale. Bills for any expense incurred by Phoenix in connection therewith, and bills for all such expenses and disbursements of every kind whatsoever, including reasonable attorneys' fees involved in collection or endeavoring to collect any payments or any part thereof due hereunder, may be sent by Phoenix to Scottsdale monthly, and will be due and payable in  accordance with the terms of said bills, and if not paid within ten(I O) business days of Scottsdale's receipt thereof, the amount thereof will immediately become due and payable as Additional Payments.

## ARTICLE 6 - USES OF FACILITY; MAINTENANCE

**6.1 Permitted Uses.** Scottsdale will have the exclusive use of the Facility practice fields, the clubhouse and any incidental retail uses associated with the clubhouse, batting cages, pitching mounds, offices and other baseball related or ancillary uses ('Permitted Uses"). Except that Phoenix may request the following annual uses of the Facility up to a maximum number of days or events as follows:

6.1, 1    Dates for 4 youth baseball clinics to be hosted by Scottsdale's sublessee at the Facility, at no cost to Phoenix.
6.12    15 days of games (or comparable field activities) on 2 practice fields.
6.1.3   11 days of use of hitting tunnels and half fields.

The dates of these allowed exceptions shall be reviewed and negotiated between the Parties as may be reasonably requested.

**6.2 Contact Persons**. Phoenix and Scottsdale acknowledge that administering an agreement of this type requires clear communications among their representatives regarding design, construction and use of the Facilities. To that end, Phoenix and Scottsdale shall each designate contact persons (collectively the "Contact Persons"). Until Scottsdale designates another person, the person who shall be the Scottsdale Contact Person shall be William Murphy or his designee, Until Phoenix designates another person the person who shall be the Phoenix's Contact Person shall be Inger Erickson or her designee. In addition, if Scottsdale has entered into  a sublease of this Agreement, the Sublessee shall appoint a contact person to attend meetings  specified in Section 6.2.1, et seq.

**6.2.1 Periodic Meetings,** Contact Persons shall meet as necessary or  appropriate to accomplish the intents of this Lease. At minimum, the Contact Persons shall meet, either in person or telephonically, at least annually, on or before December 15, to discuss the upcoming season of player development activity, any related operational or maintenance issues, and proposed dates of youth baseball clinics and games or comparable field activities to be hosted by Scottsdale's sublessee at the Facility.

**6.3 Naming Rights.** During the Term, Scottsdale has the right to name components of the Facility and any baseball amenity at the Facility, including the entry drive along the north side of the Facility with approval of the Phoenix Parks and Recreation Board ("Board").

*It seems that Scottsdale is in a very uncomfortable position; if anything goes wrong in Lease, it is Scottsdale's fault.  If anything goes wrong in Sublease with Giants, it is Scottsdale's fault.*

*This "Facility" is not the "Facility" defined at beginning of Lease (at Papago  Park). It refers to the Indian School park facility or maybe the Stadium facility.  These may be used by the public, at limited times, if not being used by Giants.*

*Usually, public parks are open to public 365 days/year, not 4, 11 or 15 days per year, subject to permission from a private corporation.*

*This naming right is transferred to Giants, 'Used tire warehouse' is an appropriate name  for the large, ugly eyesore, grey building at entrance of Facility.*

Scottsdale is also granted the right to place signage, including sponsor and advertisement, on the building frontages (i.e., along 64th Street and McDowell Road), of the Facility, consistent with the City of Phoenix sign code and as approved by the Board. Notwithstanding the foregoing, neither Scottsdale nor any sublessee shall have the right to rename the Papago Sports Complex in which the Facility is located.

6.4     Compliance with Laws. Scottsdale may not use or occupy, or suffer or permit any portion of the Facility to be used or occupied in violation of any applicable law, certificate of occupancy, or other governmental requirement.

6.5     Tenant Improvements to Facility. Scottsdale, through a sublease arrangement with the Giants, will improve the Facility by adding an additional full size field or fields of MLB standards, a renovation of the clubhouse, and ballfield lighting (the "Improvements"). Other ancillary improvements may also be made. These Improvements and all design and construction costs will be at no cost to Phoenix. Scottsdale estimates that the construction or placement of the Improvements will begin in 2019. For avoidance of doubt, and subject to reasonable and normal customary permitting (if applicable) with the planning and development service department of Phoenix, the parties have conceptually approved the Improvements which are depicted in Exhibit "D".

6.6     Maintenance and Repairs. Scottsdale will be solely responsible to repair and maintain the Facility, whether to the interior and exterior, ordinary and extraordinary, foreseen and unforeseen, and must maintain and keep the Facility and the sidewalks, curbs, adjacent rights-of-way, main driveway (which connects to 64th Street), overflow parking lot, and landscaping, all in good and debris-free order, repair and condition in accordance with applicable City of Phoenix ordinances and the Lease, whichever is more stringent, ordinary wear and tear, casualty loss and condemnation excepted.

6.7     Plans, Specifications, Permits and Warranties. Phoenix has delivered to Scottsdale any and all existing plans, specifications, guaranties and warranties pertaining to the design or construction of any improvements at the Facility, and other governmental permits, legal certificates, authorizations and permissions relating to the Facility that Phoenix had in its possession or reasonable control (the "Plans, Specification, Permits and Warranties"). To the extent assignable by Phoenix, Phoenix shall assign the Plans, Specifications, Permits and Warranties to Scottsdale on a non-exclusive basis pursuant to an assignment agreement that shall be acceptable to Scottsdale in its reasonable discretion.

6.8     Waste. Subject to Article 11 (Damage or Destruction) and Article 12 (Condemnation) herein, Scottsdale may not commit or suffer to be committed any waste or impairment of the Facility.

6.9     Performance by Landlord. In the event Scottsdale fails to maintain and repair the Facility in the condition required by Section 6.6 hereof and following reasonable notice and the expiration of any applicable cure period,' Phoenix, without being under any obligation to do so and without thereby waiving any default, may perform or have performed any and all such work as it, in its reasonable discretion, deems necessary to maintain or restore the Facility to its required condition. Any and all work performed by or for Phoenix pursuant to this Section 6.9 will

*This signage right also passed to Giants, which can place advertising and signs inside and out and retain all revenue therefrom... Also, Sublease says "alcohol may be served at the Facility"*

*Item 6.4: so what about deeds and land patents that say Park is to be used for "a city park, only" or the Act of Congress that states it is to be used for "park and recreational purposes"?*

*It wasn't an "improvement" or "renovation"; the old facility was basically bulldozed and rebuilt from ground up.*

*The Facility was not built according to Exhibit D (p. 32). The layout has changed at least 4 times. The Lease says 36.75 acres but Giants are building on 40+ acres.*

*Item 6.6. What about desert area North of Facility access road (from 64th St), which was ruined by construction trucks and trailers using it for parking, waiting and turn-arounds?*

be deemed to have been undertaken for and at the expense of Scottsdale. All costs incurred by Phoenix in undertaking such work will be Additional Payments.

**6.10 Alterations;** Additional Improvements. Scottsdale shall be responsible for acquiring all required permits and approvals with respect to all Scottsdale alterations or additional improvements. Any alteration, addition or improvement must be completed in good and workmanlike manner in accordance with plans, specifications and drawings approved in writing by the Phoenix and in compliance with all applicable laws, regulations and codes and all requirements of any insurer providing coverage for the Facility. Scottsdale shall deliver as-built drawings to Phoenix to the extent the same are available, promptly following the completion of any construction or repair work by Scottsdale with respect to the Facility.

*Were construction changes in layout after Lease of Nov. 2018 updated and filed with Phoenix City Buildings departments?*

*The 'Facility' layout in Lease (p.31-32) has changed 4 times already.*

**ARTICLE 7 - COMPLIANCE WITH CODES**

(article content removed, irrelevant to issue in Complaint and Request for Injunction)

**ARTICLE 8 - IMPAIRMENT OF LANDLORD'S TITLE**

(article content removed, irrelevant to issue in Complaint and Request for Injunction)

15722181V16 Exhibit A Page 8 Contract No. 2018-201-COS

**ARTICLE 9 – INSPECTION**

(article content removed, irrelevant to issue in Complaint and Request for Injunction)

**ARTICLE 10 – INDEMNIFICATION**

(article content removed, irrelevant to issue in Complaint and Request for Injunction)

15722181V16 Exhibit A Page 9 Contract No. 2018-201-COS

**ARTICLE 11 - DAMAGE OR DESTRUCTION**

(article content removed, irrelevant to issue in Complaint and Request for Injunction)

15722181V16 Exhibit A Page 10 Contract No. 2018-201-COS

*From this point, from Article 7 to Article 21, pages 8 to 21, lease contains mostly legalese language referring to liabilities, liens, insurance, health and safety regulations, as well as non-discrimination compliance articles – required by lawyers and law.*

*Text that is unrelated to the Complaint is excluded, but available upon request*

**ARTICLE 12 – CONDEMNATION**

**12.1 Total, Substantial, or Unusable Remainder.**

(a) If at any time during the Term of this Lease:

(1) Title to the whole or substantially all of the Facility is taken in condemnation proceedings or by any right of eminent domain or by agreement in lieu of such proceedings, this Lease will terminate and expire on the date of such taking and any unpaid Rent will be paid to the date of such taking; or

(2) Title to a substantial portion of the Facility is taken in condemnation proceedings or by any right of eminent domain or by agreement in lieu of such proceeding, and the remaining part of the Facility cannot feasibly be used or converted for use by Scottsdale as contemplated herein(in the sole and absolute discretion of Scottsdale), Scottsdale may, at its option, terminate the Lease within ninety (90) days after such taking by serving upon Phoenix at any time within said ninety (90) day period, a thirty (30) day written notice of Scottsdale's election to so terminate accompanied by a certificate of Scottsdale that the remaining part of the Facility cannot feasible be used or convened for use by Scottsdale as contemplated herein.

(b) In the event of such taking and the termination of this Lease, any award will be divided as follows:

*This article (12) may be relevant in the case of an action by the federal government to uphold and enforce the reversionary provisions for violation of five deed 'park only' restrictions, as well as Title 40 and LWCF legislation.*

*The question is if Article 12 is triggered by a reversionary action caused by a*

(1) Scottsdale will receive that portion attributed to the then fair market value of the Facility and related improvements and the fair market value, immediately prior to such takin, of Scottsdale's leasehold interest in the Facility taken.

(2) Phoenix will receive the fair market value of its reversionary interest under this Lease (exclusive of any value attributable to improvements and the leasehold estate).

**12.2 Partial Taking** — Lease Continues. In the event of any such taking of less than the whole or substantially all of the Facility and, if such taking is not of the character described in Section 12.1 (2) (or if such taking is of such character and the option of Scottsdale to terminate this Lease is not exercised), the Term will not be reduced or affected in any way and the following applies:

(a)      The award or awards (herein sometimes referred to as "Condemnation Proceeds") are to be deposited with any escrow company authorized to do business in the State of Arizona for disbursement pursuant to Section 12.2.C.

(b)      If the remaining part of the Facility can feasibly be used or converted for use by Scottsdale as contemplated herein, Scottsdale, at its sole cost and expense and whether or not the Condemnation Proceeds are sufficient for the purpose, will proceed with reasonable diligence to repair, alter (including any necessary demolition and reconstruction) and restore the remaining part of the Facility to substantially its former condition, so as to be complete, rentable  and usable and of the quality provided for in this Lease for the original construction of the affected  buildings. If the remaining part of the Facility cannot feasibly be used or converted for use by  Scottsdale as contemplated herein, Scottsdale at its sole cost and expense, will proceed with due

15722181V16               Exhibit A  Page  11          Contract No. 2018-201-COS

diligence to repair, alter (including any necessary demolition and reconstruction ) and restore the remaining part of the Facility so as to constitute a complete, rentable building for a purpose deemed appropriate by Phoenix in the manner hereinafter provided in this Section 12.2B; provided, however, that not less than sixty (60) days prior to proceeding with any such repairs, alterations, or restoration, Scottsdale gives written notice to Phoenix certifying that the remaining part of the Facility cannot feasibly be used or converted for use by Scottsdale as contemplated herein and requesting approval of a new use, and Phoenix has approved in writing such restoration and new use. Such repairs, alterations, or restoration, including such changes and alterations as above mentioned and including temporary repairs, or the protection of other property pending the completion of any thereof, are sometimes referred to in this Section as the Work.

(c)      After the Condemnation Proceeds are deposited with the escrow company under the provisions of Section 12.2.A, the escrow company will hold, apply, make available and pay over to Scottsdale the Condemnation Proceeds which are to be applied to the payment of the cost of the Work to the extent such condemnation Proceeds are sufficient for the purpose. If the  Condemnation Proceeds are not sufficient to pay the entire cost of the Work, Scottsdale must supply the amount of any such deficiency. Under no circumstances will Phoenix be obligated to make any payment, reimbursement, or contribution towards the cost of the Work. Any balance of the Condemnation Proceeds remaining after completion of the Work is to be paid to Scottsdale.

12.3      **Rights of Participation.** Each Party has the right, at its own expense, to appear in any condemnation proceeding and participate in any and all hearings, trials, and appeals therein.

12.4      **Notice of Proceeding**. In the event Phoenix or Scottsdale receives notice of  any proposed or pending condemnation proceedings affecting the Facility, the Party receiving such notice must promptly notify the other Party of the receipt and contents thereof.

*violation of covenant restrictions, under which the US may claim title to the lands due to the violations of such title covenants.*

*It is difficult to imagine how the 'taking' would play out in a court of law. It would be messy.*

*What is even more difficult to understand is how Phoenix, Scottsdale and the Giants decided it would be a good idea to build a private corporate facility in a public park.  Maybe the Cubs can build one in Central Park, too. Anything is possible.*

*This is practically impossible, if legal sanctions in deeds, laws, legislation are rigorously applied.*

**ARTICLE 13 - MORTGAGES**

(article content removed, irrelevant to issue in Complaint and Request for Injunction)

**ARTICLE 14 – SUBLEASE**

14.1 Sublease Permitted. The Parties hereby specifically agree that Scottsdale may enter into an arrangement to sublease the Facility with a major league baseball team subject to the terms of this Lease. Scottsdale will incorporate any sublessee obligations contained in this Agreement into the sublease arrangement and will make Phoenix a third party beneficiary of the sublease with respect to the incorporated obligations.

*There is no power to sublease in the deed covenants and Land Patents. They only recognized seven permitted leases: (Zoo, Botanical Gardens, SRP, Army, Highways Dept, Rights-of-way, and Tempe).*

15722181V16 Exhibit A Page 12 Contract No. 2018-201-COS

**ARTICLE 15 - DEFAULT BY TENANT**

(article content removed, irrelevant to issue in Complaint and Request for Injunction)

15722181V16 Exhibit A Page 13 Contract No. 2018-201-COS

**ARTICLE 16 - DEFAULT BY LANDLORD**

(article content removed, irrelevant to issue in Complaint and Request for Injunction)

15722181V16 Exhibit A Page 14 Contract No. 2018-201-COS

**ARTICLE 17 - NOTICES**

(article content removed, irrelevant to issue in Complaint and Request for Injunction)

15722181V16 Exhibit A Page 15 Contract No. 2018-201-COS

**ARTICLE 18 - REPRESENTATIONS AND WARRANTIES**

**18.1 Tenant's Representations and Warranties.** Scottsdale hereby warrants and represents to Phoenix as follows: This Lease has been duly and validly executed and delivered by Scottsdale and constitutes a legal, valid and binding obligation of Scottsdale enforceable in accordance with its terms.

(a) There is no pending or, to Scottsdale's knowledge, threatened investigation, action or proceeding by or before any court, any governmental entity or arbitrator which (i) questions the validity of this Lease or any action or act taken or to be taken by Scottsdale pursuant to this Lease or (ii) is likely to result in a material adverse change in the authority, property, assets, liabilities or condition, financial or otherwise, of Scottsdale, which will materially impair its ability to perform its obligations hereunder.

(b) No representation, statement or warranty by Scottsdale contained in this Lease or in any exhibit attached hereto contains any untrue statement or omits a material fact necessary to make such statement of fact therein no misleading.

(c) Scottsdale represents that the Facility, any sidewalks, vaults, the title to the Facility, parking areas adjoining the same, any subsurface conditions thereof, and the present uses and nonuses thereof, have been examined by Scottsdale and, provided that no material change in condition thereof occurs between the Effective Date and the Commencement Date and subject to Phoenix's obligations under Section 1.3 herein, Scottsdale will accept the same in the condition or state in which they or any of them may be on the Commencement Date, without representation or warranty, express or implied in fact or by law, by Phoenix and without recourse to Phoenix, as to the nature, condition, or usability thereof or the use or uses to which the Facility or any part thereof may be put.

*One wonders how anybody, much less public officials, could see no problem with an agreement giving land in a public park -- the most historic park in central Arizona -- to a private corporation to build an enclosed, restricted-access compound for staff and players.*

*This does not even consider the matter of 12 more acres of desert Sonoran vegetation that was devastated, beyond the area of the old facility (p.27-30).*

**18.2 Landlord's Representations.** Phoenix hereby warrants and represents to Scottsdale as follows:

(a) This Lease has been duly and validly executed and delivered by Phoenix and constitutes a legal, valid and binding obligation of Phoenix enforceable in accordance with its terms.

(b). There is no pending or, to Phoenix's knowledge, threatened investigation, action or proceeding by or before any court, any governmental entity or arbitrator which (i) questions the validity of this Lease or any action or act taken or to be taken by Phoenix pursuant to this Lease or (ii) is likely to result in a material adverse change in the authority, property, assets, liabilities or condition, financial or otherwise, of Phoenix, which will materially impair its ability to perform its obligations hereunder.

(c) To City's knowledge, the Facility (and all improvements therein) are not in violation of any applicable ordinances, laws, regulations, rules, restrictions and orders of the City of Phoenix or of all boards, bureaus, administrative agencies, commissions and bodies of any federal, state, county or municipal authority having jurisdiction over the Facility, including, but not limited to, the Americans with Disability Act (ADA) and the Environmental Laws (as defined below).

15722181V16 Exhibit A Page 16 Contract No. 2018-201-COS

(d) Phoenix has not granted, either orally or in writing, to any person or entity, other than to Scottsdale hereunder, any leases, options, rights of first refusal, Contracts to purchase or other legal or equitable interest in or rights, pertaining to the Facility.

(e) Phoenix has no knowledge of any covenants, restrictions, easements, claims of liens, encumbrances, or reservations that encumber the Facility or affect the use thereof other than the Permitted Encumbrances enumerated in Exhibit "F", and during the Term Phoenix shall not consent to the placement of any additional covenants, restrictions, easements, claims of liens, encumbrances, or reservations against the title to the Facility without Scottsdale's prior written consent, which may be withheld or granted in Scottsdale's sole discretion.

(f) Phoenix shall cause any Contract affecting the Facility to which Phoenix is a party to be terminated before the Commencement Date.

(g) There are no use or similar agreements that grant other parties the right to use the Facility on or after the Commencement Date.

(h) No representation by Phoenix contained in this Lease or in any exhibit attached hereto contains any untrue statement or omits a material fact necessary to make such statement of fact therein and misleading.

**ARTICLE 19 - EQUAL EMPLOYMENT OPPORTUNITY**

(article content removed, irrelevant to issue in Complaint and Request for Injunction)

**ARTICLE 20 - UNAVOIDABLE DELAY**

(article content removed, irrelevant to issue in Complaint and Request for Injunction)

15722181V16 Exhibit A Page 17 Contract No. 2018-201-COS

**ARTICLE 21 - COMPLIANCE WITH ENVIRONMENTAL LAWS**

(article content removed, irrelevant to issue in Complaint and Request for Injunction)

15722181V16 Exhibit A Page 18 Contract No. 2018-201-COS

*The problem with this is that all deeds, Indentures, land patents and certificates – included in the Lease as Exhibit F, explicitly say that Papago Park is to be used as a public park.*

*It is incomprehensible that Phoenix can claim that "Phoenix has no knowledge of any covenants, restrictions, easements, claims of liens, encumbrances, or reservations that encumber the Facility" or "that not in violation of any applicable ordinances, laws, regulations, rules, restrictions and orders of ... any federal, state, county or municipal authority having jurisdiction over the Facility".*

*The title documents in Exhibit F, in the Lease (p.37-54), clearly say the only permitted uses are for park and recreation purposes, not for a baseball camp for a professional team, upon penalty of reversion to the US.*

*Please see the "Judicial Precedents" item in the Complaint for an overview of other cases where cities tried to use public parks for non-park uses, in violation of deed restrictions, title 40 and LWCF legislation. It did not end well!*

(COMPLIANCE WITH ENVIRONMENTAL LAWS, Continued)
15722181V16                    Exhibit A  Page  19          Contract No. 2018-201-COS


(COMPLIANCE WITH ENVIRONMENTAL LAWS, Continued)
15722181V16                    Exhibit A  Page  20          Contract No. 2018-201-COS


(COMPLIANCE WITH ENVIRONMENTAL LAWS, Continued)


## ARTICLE 22 - MISCELLANEOUS PROVISIONS

**22.1 Contract Administrators.** Upon execution of this lease, the Parties shall each designate a contract administrator to coordinate the respective Party's participation in carrying out its obligations under this lease. The initial contract administrator for Scottsdale shall be the Community Services Director (William Murphy) who may delegate this duty from time to time. The initial contract administrator for Phoenix shall be Parks and Recreation Director (Inger Erickson)  who may delegate this duty from time to time. Each Party will notify the other Party of its respective  contract administrator and provide contact information for the contract administrator. A Party's  contract administrator may not be exclusively assigned to this lease. Scottsdale's contract  administrator's authority is limited to the administration of the requirements of this lease, No  approval, consent or direction by Scottsdale's contract administrator or other persons affiliated

15722181V16                    Exhibit A  Page  21          Contract No. 2018-201-COS

with Scottsdale inconsistent with this lease shall be binding upon Scottsdale. Scottsdale shall be responsible for securing all zoning approvals, development review, building, and other local, state, county or federal governmental approvals and for satisfying all governmental requirements pertaining to any of Scottsdale's obligations under this lease and shall not rely on Phoenix's  contract administrator for any of the same.


**22.2 Cancellation for Conflict of Interest.** The Parties hereto acknowledge that  this Lease is subject to cancellation by Phoenix or Scottsdale pursuant to the provisions of A.RS.  S 38-511, which provides that this Lease may be cancelled if any person significantly involved in  initiating, negotiating, securing, drafting or creating this Lease on behalf of City of Phoenix or City of Scottsdale is, at any time while this Lease or any extension thereof is in effect, an employee or agent of the other Party to this Lease in any capacity or a consultant to any other Party with respect to the subject matter of this Lease.


**22.3 Nondiscrimination.** The Parties agree to comply with all applicable state and federal laws, rules, regulations and executive orders governing equal employment opportunity, immigration, nondiscrimination, including the Americans with Disabilities Act.

**22.4 Notice of Arbitration Status.** Pursuant to A.R.S. S 12-1518, the Parties acknowledge and agree that they will be required to make use of mandatory arbitration of any legal action that is filed in the Arizona superior court concerning a controversy arising out of this Lease if required by A.R.S. S 12-133.

**22.5 Contractor's Records.** Phoenix and Scottsdale agree to retain all records relating to this Lease. The Parties each agree to make those records available at all reasonable times for inspection and audit by the other Party during the Term of this Lease and for a period of five (5) years after the completion of this Lease.

**22.6 Confidentiality.** Any other provision of this Lease to the contrary notwithstanding, the parties are both public institutions, and as such are subject to Title 39, Chapter 1, Article 2 of the Arizona Revised Statutes (Sections 39-121 through 39-127). Any provision regarding confidentiality is limited to the extent necessary to comply with the provisions of state law. In the event a public records request is made for information and/or documents designed by the either party as confidential or proprietary the party will notify the other party as soon as reasonably possible.

**22.7 Governing Law; Binding Effect.** This Lease is not to be construed against the Party who prepared it but will be construed as though prepared by both Parties. This Lease is to be construed, interpreted, and governed by the laws of the State of Arizona, and with respect to any dispute hereunder, venue will lie exclusively with the State Courts of Maricopa County, Arizona.

**22.8 Memorandum of Lease.** Promptly following the Effective Date, Phoenix and Scottsdale will execute a short form memorandum of this Lease in the form attached hereto as Exhibit "G", and cause the same to be recorded in the Office of the County Recorder for Maricopa County, Arizona.

15722181V16          Exhibit A  Page  22          Contract No. 2018-201-COS

**22.9 Entire Agreement.** This Lease with its exhibits contains the entire agreement between Phoenix and Scottsdale and any executory agreement hereafter made between Phoenix and Scottsdale is ineffective to change, modify, waive, release, discharge, terminate, or effect an abandonment of this Lease, in whole or in part, unless such executory agreement is in writing and signed by the Party against whom enforcement of the change, modification, waiver, release, discharge, termination, or the effect of the abandonment is sought.

**22.10 Captions.** The captions of Articles and Sections in this Lease are inserted only as a convenience and for reference and they in no way define, limit, or describe the scope of this

Lease or the intent of any provision thereof. References to Articles and Section numbers are to those in this Lease unless otherwise noted.

**22.11 Execution and Delivery.** This Lease will bind Scottsdale upon the approval by the Scottsdale City Council and the execution thereof. Phoenix will be bound after approval by the Phoenix City Council and the execution thereof.

**23.12 Time of Essence.** Time is of the essence in the performance of each and every provision of this Lease.

**23.13 No Brokers.** Neither Phoenix nor Scottsdale has dealt with any broker or finder  with regard to the Facility or this Lease. Neither Party will be responsible for any loss, liability and expense (including attorneys' fees and court costs) arising out of claims for fees or commissions incurred by the other Party in connection with this Lease.

**23.14 No Waiver**. No waiver of any condition or agreement in this Lease by either Phoenix or Scottsdale will imply or constitute a further waiver by such Party of the same or any other condition or agreement. No act or thing done by Phoenix or Phoenix's agents during the Term of this Lease will be deemed an acceptance of a surrender of the Facility, and no agreement to accept such surrender will be valid unless in writing signed by Phoenix. No payment by Scottsdale, nor receipt from Phoenix, of a lesser amount than the City Retained Revenue, City Shared Revenue, Additional Payments or other charges stipulated in this Lease will be deemed to be anything other than a payment on account.

**23.15 Attorneys' Fees.** If either Phoenix or Scottsdale litigate any provision of this  Lease or the subject matter of this Lease, the unsuccessful litigant will pay the successful litigant  all reasonable attorneys' fees and court costs incurred by it in connection with such litigation as determined or fixed by the court.

**23.16 Cumulative Rights**. Except as expressly limited by the terms of this Lease, all  rights, powers and privileges conferred hereunder are cumulative and not restrictive of those provided at law or in equity.

**23.17 Relationship of Parties,** No Third Party Beneficiary. The Parties hereto  expressly declare that, in connection with the activities and operations contemplated. by this  Lease, they are neither partners nor joint venturers, nor does a principal-agent relationship exist between them, nor are there any intended third-party beneficiaries of this Lease.

*The Giants are obviously both a third-party and a beneficiary, in the real world.*

15722181V16          Exhibit A  Page  23          Contract No. 2018-201-COS

**23.18 Counterparts**. This Lease may be executed in counterparts and all such counterparts are deemed to be originals and together they constitute but one and the same instrument.

23.19 **Computation of Time; Business Days.** In computing any period of time prescribed or allowed by this Lease, the day of the act, event or default from which the designated period of time begins to run will not be included. The last day of the period so computed will be included, unless it is a Saturday, a Sunday or a legal holiday, in which event the period runs until the end of the next day which is not a Saturday, a Sunday or a legal holiday. "Business day" shall mean Monday through Friday, excluding any such dates that are legal holidays in the State of Arizona.

If any day on which performance is due hereunder occurs on a day that is not a business day, then the day for such performance shall occur on the next occurring business day.

**23.20 Provisions Severable.** If any term or provision hereof or the application thereof to any person or circumstances is found, to any extent, to be invalid or unenforceable, the remainder of this Lease, or the application of such term or provision to persons or circumstances other than those as to which it is held invalid or unenforceable, will not be affected thereby, and each term and provision hereof will be valid and be enforced to the fullest extent permitted by law.

**23.21 Quiet Enjoyment.** Subject to all of the conditions, terms, and provisions contained in this Lease, Phoenix covenants that Scottsdale, upon paying the Rent and Additional Payments and observing and keeping all terms covenants, agreements, limitations, and conditions hereof on its part to be kept, will quietly have and enjoy the Facility during the Term hereof, without hindrance by Phoenix or any person claiming an interest in the Facility by or through Phoenix.

**23.22 No Unreasonable Withholding.** Wherever in this Lease the consent or approval of either Party is required, such consent or approval will not be unreasonably withheld nor delayed, except where otherwise specifically provided. The remedy of the Patty requesting such consent or approval, in the event such Party should claim or establish that the other Party has unreasonably withheld or delayed such consent or approval, is to be limited to injunction or declaratory judgment and in no event will such other Party be liable for a money judgment.

**23.23 Statutory Cancellation Right.** In addition .to all the rights of the Parties  hereunder, Parties shall have the rights specified in A.R.S. S 38-511.

*Quiet Enjoyment is a term used in real estate legal documents to mean the tenant cannot be disturbed.*

*This is highly problematic!  The 'Quiet Enjoyment' clause here and the 'joinder' provision in Article 1.1 effectively give the Giants full control over part of a Public Park. The 1964 deed states that Phoenix is "prohibited from selling or transferring, or attempting to sell or transfer Papago park," or "attempts to transfer title or control to another" (p.42),  in which case title reverts to US. This is repeated in the 1959 Certificate.*

(Signature Pages Follow)

IN WITNESS WHEREOF, the Parties have executed this lease of the PAPAGO BASEBALL FACILITY BY THE CITY OF SCOTTSDALE as of the date first above written.

**CITY OF PHOENIX**

ED ZUERCHER, CITY MANAGER

By: _____

Inger Erickson, Director
Parks & Recreation Department

ATTEST:

By: _____
City Clerk

APPROVED AS TO FORM

By: _____
ACTING City Attorney

STATE OF ARIZONA    )
                    )   ss.
County of Maricopa  )

This instrument was acknowledged before me this day of ___November 20___, 2018 by Inger Erickson, Parks and Recreation Director on behalf of the CITY OF PHOENIX, a municipal corporation.

_____
Notary Public

(Notary Seal)

IRENE SETTLE
Notary Public
Maricopa County, Arizona
My Comm. Expires 01-04-19

CITY CLERK DEPT.
2018 NOV 21  PM 3 50

CITY:   **CITY OF SCOTTSDALE,**
an Arizona municipal corporation

By: _____
W. J. "Jim" Lane, Mayor

*Phoenix is also in
violation of LWCF and
Title 40 legislation,
letting park known to
have federal
restrictions be used
for non-recreation
purposes*

ATTEST:

_____
Carolyn Jagger, City Clerk

APPROVED AS TO FORM:

OFFICE OF THE CITY ATTORNEY

_____
Bruce Washburn, City Attorney
By:  Margaret Wilson, Senior Assistant City Attorney

*There is no plan or
permission to
renovate, build or
expand a baseball
training facility in
Exhibit 'G' (The 2010
Master Plan). That
plan stresses the
preservation of desert
areas, not their
destruction to build a
private corporate
compound.*

_____
William B. Murphy, Community Services Director

_____
Katie Callaway, Risk Management Director

_____
Jim Thompson, City Manager

STATE OF ARIZONA      )
                      ) ss.
County of Maricopa    )

The foregoing instrument was acknowledged before me this 26 day of
November, 20 18, by W. J. "Jim" Lane, Mayor of the City of Scottsdale, an Arizona
municipal corporation.

_____
Notary Public

My Commission Expires:

February 25, 2020

15722181v16

Page 26 of 26

Contract No. 2018-201-COS

**EXHIBIT A**
**Legal Description**

That portion of the Southeast Quarter of Section 33, Township 2 North, Range 4 East of the Gila and Salt River Meridian, Maricopa County, Arizona, more particularly described as follows:

Commencing at the Southeast corner of said Section 33, from which the South Quarter corner of said Section 33 bears S 89°41'44" W, a distance of 2688.12 feet;

THENCE along the South line of the Southeast Quarter of said Section 30, S 89°41'44" W, a distance of 725.76 feet;

THENCE leaving said South line, N 00°18'16" W, a distance of 371.96 feet to the **POINT OF BEGINNING;**

THENCE S 88°41'44" W, a distance of 175.40 feet to the beginning of a non-tangent curve concave northwesterly having a radius of 254.14 feet with a chord bearing of N 70°05'22" W, a distance of 381.78 feet;

THENCE along the arc of said curve, to the right, through a central angle of 97°22'33" for an arc length of 431.92 feet;

THENCE N 09°41'09" W, a distance of 133.10 feet;

THENCE S 88°21'32" W, a distance of 99.79 feet to the beginning of a non-tangent curve concave northwesterly having a radius of 146.43 feet with a chord bearing of S 50°21'18" W, a distance of 199.05 feet;

THENCE along the arc of said curve, to the right, through a central angle of 85°38'16", for an arc length of 218.86 feet;

THENCE N 78°25'26" W, a distance of 94.71 feet;

THENCE S 83°08'48" W, a distance of 74.84 feet to the beginning of a non-tangent curve concave northerly having a radius of 178.85 feet with a chord bearing of N 76°52'49" W, a distance of 116.05 feet;

THENCE along the arc of said curve, to the right, through a central angle of 37°51'47", for an arc length of 118.19 feet;

THENCE N 58°04'21" W, a distance of 100.16 feet;

THENCE N 26°45'56" W, a distance of 186.88 feet;

EXHIBIT A
Page 1 of 3
Contract No. 2018-201-COS
Page 27 of 172 to Contract No. 2018-202-COS

EXHIBIT A

THENCE N 03°28'13" E, a distance of 76.71 feet;

THENCE N 48°13'20" W, a distance of 74.62 feet;

THENCE N 16°20'55" W, a distance of 301.37 feet;

THENCE N 00°36'21" E, a distance of 55.94 feet;

THENCE N 18°46'50" E, a distance of 82.44 feet;

THENCE N 26°51'30" E, a distance of 74.73 feet to the beginning of a non-tangent curve concave southerly having a radius of 266.61 feet with a chord bearing of N 83°25'33" E, a distance of 364.97 feet;

THENCE along the arc of said curve, to the right, through a central angle of 86°23'11", for an arc length of 401.98 feet;

THENCE S 48°47'29" E, a distance of 112.43 feet;

THENCE N 29°49'19" E, a distance of 99.98 feet;

THENCE N 03°37'35" E, a distance of 55.39 feet;

THENCE N 51°07'06" E, a distance of 197.60 feet;

THENCE S 68°12'34" E, a distance of 44.67 feet;

THENCE S 81°38'45" E, a distance of 197.16 feet;

THENCE S 15°49'58" E, a distance of 61.14 feet;

THENCE S 55°02'29" E, a distance of 269.12 feet to the beginning of a non-tangent curve concave northeasterly having a radius of 536.44 feet with a chord bearing of S 71°56'11" E, a distance of 278.24 feet;

THENCE along the arc of said curve, to the left, through a central angle of 30°03'42", for an arc length of 281.46 feet;

THENCE S 88°44'47" E, a distance of 132.97 feet to the beginning of a non-tangent curve concave southwesterly having a radius of 252.46 feet with a chord bearing of S 56°03'13" E, a distance of 207.31 feet;

THENCE along the arc of said curve, to the right, through a central angle of 48°29'00", for an arc length of 213.63 feet;

EXHIBIT A
Page 2 of 3
Contract No. 2018-201-COS
Page 28 of 172 to Contract No. 2018-202-COS

EXHIBIT A

THENCE S 01°34'20" E, a distance of 49.29 feet to the beginning of a non-tangent curve concave westerly having a radius of 277.67 feet with a chord bearing of S 02°27'46" W, a distance of 231.50 feet;

THENCE along the arc of said curve, to the right, through a central angle of 49°16'25", for an arc length of 238.79 feet;

THENCE S 00°18'49" E, a distance of 136.37 feet;

THENCE S 14°41'54" E, a distance of 111.67 feet to the beginning of a non-tangent curve concave northwesterly having a radius of 234.25 feet with a chord bearing of S 45°55'07" W, a distance of 390.61 feet;

THENCE along the arc of said curve, to the right, through a central angle of 112°58'12", for an arc length of 461.87 feet;

THENCE N 75°41'31" W, a distance of 106.69 feet to the POINT OF BEGINNING.

Said parcel contains 36.75 acres (more or less)



Expires: 9/30/2018

EXHIBIT A
Page 3 of 3
Contract No. 2018-201-COS

EXHIBIT A                    Page 29 of 172 to Contract No. 2018-202-COS



This is a very good geographic representation of legal description measurements above (p. 27-29)

Note that the footprint of the old baseball facility (bulldozed and leveled) was approximately 30 acres.

The contractual area, as specified above (p. 29), is 36.75 acres.

The Giants' construction effectively occupies an area of between 42-44 acres

Ergo, about 12-14 additional acres of desert vegetation has destroyed to build this facility.

In the 2010 Master Plan, a public poll stresses that the No.1 priority should be the preservation of desert areas.

At the bottom of the poll is "more parking". So, In the last 18 months what have they done? Bulldozed three desert areas to build more parking lots.



PAPAGO SITE / CONCEPTUAL TRAIL CORRIDOR PLAN    POPULOUS

EXHIBIT C
Page 1 of 1
Contract No. 2018-201-COS
Page 31 of 172 to Contract No. 2018-202-COS

EXHIBIT A

*This shows the 'public trails' to be built, according to the Lease. There are 9 possible trails, far too many for a limited area.  This means more desert vegetation will be uprooted, gone forever.*

15722181V16          Exhibit A  Page  31          Contract No. 2018-201-COS

PAPAGO ENLARGED SITE PLAN

POPULOUS

Scottsdale/Giants Use Area, subject to scheduling for public baseball/recreation (area within red)

The Giants Way

EXHIBIT A          Page 32 of 172 to Contract No. 2018-202-COS

This is the 'Conceptual Site Plan' in the Lease for the Giants baseball Facility.

The layout has changed at least four times, and buildings have been moved.

The Indoor Batting Building, initially a small modest building on the South side, has turned into a huge rectangular eyesore at the very entrance of the Facility (Often referred to as "used tire warehouse"), for maximum visual disruption.

The "Overflow Parking lot" (Article 2.3.2), which was to be inside the facility, was built in an area outside the Lease (p. 30), destroying another 2-3 acres of desert north of the softball facility.

The fact is that Phoenix and their clients do not value desert landscape or vegetation. To them, it is just dirt, to be used for any capricious project without regard to nature or popular opinion.

15722181V16          Exhibit A  Page 32          Contract No. 2018-201-COS

Page 33 of Lease is about Insurance requirements (Content omitted),

15722181V16              Exhibit A  Page  33          Contract No. 2018-201-COS

Page 34 of Lease is about Insurance requirements, continued (Content omitted),

15722181V16              Exhibit A  Page  34          Contract No. 2018-201-COS

Page 35 of Lease is about Insurance requirements, continued  (Content omitted),

15722181V16              Exhibit A  Page  35          Contract No. 2018-201-COS

Page 36 of Lease is about Insurance requirements, continued  (Content omitted),

15722181V16              Exhibit A  Page  36          Contract No. 2018-201-COS

This ends the main section of the Lease, from Phoenix to Scottsdale (Pages 1-36).

Following this section, there is a another containing the legal Title Documents relating to the transfer of Papago Park to the State of Arizona and then to the City of Phoenix (Pages 37 -54). These documents are called 'Exhibit F' in the Lease. Strangely, they are only cited as "Permitted Encumbrances" in Article 18.2.e.  The contents and provisions in these Title Documents, particularly those relating to use restrictions and penalties for violating those restrictions, are completely ignored. What is 'permitted' is park and recreational uses, not building a private corporate compound.

The  130-page 2010 Master Plan is also included in the Lease (p. 55-166) as 'Exhibit G', but excluded herein as irrelevant.