## Papago Park Timeline

**500 – 1500 AD. The Hohokam.** The area around Papago Park was the epicenter of the Hohokam civilization, a people that developed the most advanced canal systems in pre-Columbian North America. Their largest and most prominent village was that of Pueblo Grande, located adjacent to Papago Park. There is evidence that Hole-in-the-Rock, the signature landmark of the Park, was used by the Hohokam to mark and record seasons for agricultural purposes. For reasons unknown, the Hohokam disappeared around 1500 AD, leaving dozens of archaeological sites in and around Papago Park.  In the 1860s the Anglos arrived, establishing farming communities in the area inspired



by the still-visible Hohokam canals. Papago Park has always been at the center of trade and transportation in Central Arizona: all the earliest roads, highways, railroad lines and even ferry services converged around it. What was once described as "8 miles East of Phoenix" is now at the very center of the Metropolitan Phoenix area, one of the largest in the United States. Papago Park is also probably the most valuable land in Arizona.

**June 8, 1906. Antiquities Act. (54 U.S.C. §§320301-320303)** authorizes the President to proclaim national monuments on federal lands that contain historic landmarks, historic and prehistoric structures, or other objects of historic or scientific Interest.

**Jan. 31, 1914. Papago-Saguaro National Monument Established by President Woodrow Wilson (Proclamation No. 1262),** citing a significant collection of biological, geological, archeological and scenic values,  to promote the public interest.  Warning is given ..."not to appropriate, injure, remove or destroy and feature of this Monument".

**June 14, 1926. Recreation and Public Purpose Act enacted (44 Stat.741 and 43 U.S.C. 869).** Allows conveyance or lease of public lands to state and local governments for outdoor recreation purposes.  Item (c) excludes National Forests and Parks, wildlife refuges, National Monuments and Indian lands from this transfer under sections 869-869.4 of that title.

**April 7, 1930. Papago Saguaro National Monument Abolished by Act of Congress (46 Stat. 142),** transferring it to Arizona, for "park and recreational uses" (Page 37, Exhibit B. Patent  signed in 1937).

**July 7, 1932. Act of Congress (47 stat 646, Chapter 444)** authorizing the acceptance of relinquishments by the State of Arizona.

**1933-1934. Stone Amphitheatre built.** One of earliest works by CCC (below). Used extensively for band, plays, performances, Easter services until 1950s. Basically abandoned since because of road construction. Partially renovated in 2010.

By the President of the United St

A PROCLAMATION

Whereas, in Maricopa County, Arizona, sp giant and many other species of cacti and many additional forms of characteristic desert and perfection and are of great scientific inte fore, be preserved, and that on the walls of these forms thrive best, there are numerous pr archaeological and ethnological value, and it interest would be promoted by reserving the prehistoric inscriptions as a National Monu much public land as may be necessary for thereof,

Now, therefore, I, Woodrow Wilson, Preside of America, by virtue of the power in me veste act of Congress entitled, "An Act for the Pre Antiquities", approved June 8, 1906 (34 Stat. there are hereby reserved from all forms of a public land laws, subject to prior, valid, adve

CHAP. 107.—An Act To abolish the Papago Saguaro National Monument, Arizona, to provide for the disposition of certain lands therein for park and recreational uses, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Papago Saguaro National Monument in Arizona shall be, and the same is hereby, abolished, and that the Government lands therein described according to the Gila and Salt River base and meridian sh posed of as follows:

2. All of the remainder of Government lands in the said Papago Saguaro National Monument, in Maricopa County, Arizona, shall be, and the same are hereby, granted to the State of Arizona for park, recreation, or public-convenience purposes; and there is hereby granted to the city of Tempe, Arizona, for municipal, park. recreation, or public-convenience purposes, *Provided further* Thatlands hereby granted shall be used by the State of Arizona and the city of Tempe, Arizona, for the purposes herein indicated, and if the said lands, or any part thereof, shall be abandoned for such use, such lands or such part shall revert to the United States.

**1935-1938**. Civilian Conservation Corp Camp BR-14, a permanent encampment consisting of four barracks, was built in Papago Park. Enrollees carried out a variety of irrigation and construction programs, including the stone amphitheatre and ramadas near Hole-in-the-Rock. Located in area now partially occupied by baseball Facility. 

**Nov. 17, 1937**. Land Grant and Patent of Transfer to Arizona (Patent N. 10937855) (Title Documents, pages 37-39) issued upon express condition that that "the lands so granted shall only be used for municipal, park, recreation of public convenience purposes, and if the lands, or any part thereof shall be abandoned for such use, such lands, or such part, shall revert to the US". Signed by Franklin D. Roosevelt.

**1942-1946. Camp Papago, Prisoner of War Camp** that housed over 3000 prisoners in five compounds.  This was the most famous POW camp in modern US history. Remnants of camp still visible at site. Baseball Facility built partially built over parts of POW camp. 

**June 30, 1949.  Federal Property and Administrative Services Act.** (Title 40 U.S.C. §550)  For public park or recreation area use. Item (4) The deed of conveyance of any surplus real property disposed of under this subsection (A) shall provide that all of the property be used and maintained for the purpose for which it was conveyed in perpetuity, and that if the property ceases to be used or maintained for that purpose, all or any portion of the property shall, in its then existing condition, at the option of the Government, revert to (B) the Government...

**June 4, 1954. Recreational and Public Purposes Act (RPPA)** (68 Stat. 173, Pub.Law 83-387, U.S.C. 869, et. seq.) This was a complete revision of the Recreation Act of June 14, 1926, amending it to include other public purposes... Sect 4 ads that for any patent heretofore issued under any Act, if authorized by Secretary, all reverter provisions and other limitations on transfer or use, under this or any other Act affecting the lands involved, shall cease to be in effect after twenty-five years. 

**May 13, 1955.  US Authorizes Transfer to Arizona.**  Public law 36 authorizes transfer of Papago Park for park, recreation, public convenience or municipal purposes.

**Feb. 25, 1959.  Phoenix purchases Papago Park.**  No copy of this sale was found. This date and document is mentioned in the Conditional Certificate of Purchase No. 1 of July 27, 1959

**June 16, 1959. Certificate of Approval of Transfer and Change of Use No. 1** (Title Documents, page 40). This document erroneously included, because refers to other areas of Park, not Sect. 33 where Facility is located. Correct document for facility is below, No. 4, dated Jan 1, 1960.

Note that at least four Certificates of Approval were prepared for Papago Park, for different areas, instead of one, to circumvent the legal 640-acre limitation in one calendar year for the 2,000 acres of the Park.

**July 27, 1959. Conditional Certificate of Purchase No. 1** (Title Documents, p.50-54). To Phoenix by Arizona, Has 'park only' restriction, reversionary provisions (to Arizona) and specifies allowable leases:

Arizona Fish and Game (now the Zoo), Salt River Project, Arizona Highway department, City of Tempe, Arizona Cactus and Native Floral Society (now the Botanical Garden), United States Army, and existing Highway Rights of Way. At this time, about 90% of Papago Park was undeveloped desert landscape.

**Sept 21/26, 1959. 25-year limit on reversions repealed (73 Stat.571).** Public law 86-292/294 repealed, without a 'saving clause', the limit on reversions and change of use for lands patented under sections 869 to 869-4 of Title 43, Chapter 20 (Reservations and Grants to States for Public Purposes). This law removed the 25-year expiration clause on use restrictions and revisionary provisions, making all land conveyances for park use *in perpetuum*, in line with other laws and BLM policy since 1926. A repeal without savings eliminates the repealed statute completely, as it never had existed.

**Jan. 1, 1960. Certificate of Approval of Transfer and Change of Use No. 4.** Provided by DOI Solicitor, specifically relates to area of baseball Facility (Section 33), unlike No. 1 of June 16, 1959 included in the Title Documents, which relates to other areas of the Park. BLM authorizes Arizona to transfer Papago Park to Phoenix, "for use as a park, recreation, public-convenience purposes, including the building of a stadium". Has clause that says that use and transfer restrictions expire after 25 years (i.e., 12/31/1984). Cites Act of June 14, 1926, 44 Stat. 741, and 43 USC 869. Issued with expiration after that clause repealed.

**Aug 11, 1964. Indenture / Deed of Sale from AZ to Phoenix** (TD, P.44-49), with 'park only' restriction, reversionary provisions and specifies that Papago Park is subject to the following seven leases, causeways, permits and right-of-way agreements: Arizona Fish and Game (now the Zoo), Salt River Project, Arizona Highway department, City of Tempe, Arizona Cactus and Native Floral Society (now the Botanical Garden), United States Army, and existing Highway Rights of Way. Also, says it is subject to provisions of Conditional Certificate of Purchase No. 1 of July 27, 1959.

73 STAT.]   PUBLIC LAW 86-294—SEPT. 21, 1959

Public Law 86-292

AN ACT

To amend the Act of June 14, 1926, as amended by the Act of June 4, 1954 (68 Stat. 173; 43 U.S.C. sec. 869).

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That subsection (b) of section 1 of the Act of June 14, 1926, as amended by the Act of June 4, 1954 (68 Stat. 173, 174; 43 U.S.C. 869), is further amended to read as follows:

SEC. 2. The last sentence of section 3 of the Act of June 14, 1926, as amended, is repealed.

Approved September 21, 1959.

AMENDMENTS

Pub. L. 86-292 struck out sentence which provided that this section should cease to be in effect as to any lands patented under sections 869 to 869-4 of this title twenty-five years after the issuance of patent for such lands.

STATE OF ARIZONA, County of Maricopa ss.
FILED ... 10 - 9 60 ...
WITNESS my hand and ...
DKT NO ... 804144 ...

DEED

THIS INDENTURE made this 11th day of August, 1964, between the State of Arizona, and the City of Phoenix.

By the acceptance of this deed or any rights hereunder the said Grantee, for itself, its successors and assigns, agrees that the transfer of the property transferred by this instrument is accepted subject to the following restrictions and reservations contained in Patent No. 1093785 from the United States of America to the State of Arizona, dated November 17, 1937

(4) This deed is issued upon the express condition that the lands so conveyed shall be used only for a park, recreation, public convenience purposes, including the construction of a baseball stadium, and if the lands, or any part thereof, shall be abandoned for such use, such lands or each part shall revert to the United States.

(b) The lands are subject to the following leases, easements, permits, and right-of-way agreements,

| | |
|---|---|
| Arizona Game & Fish | 108.67 Acres |
| Salt River Project | 2.78 Acres |
| Arizona Highway Department | 31.77 Acres |
| City of Tempe | 43.44 Acres |
| Arizona Cactus Floral Society | 150.73 Acres |
| United States Army | 70.38 Acres |
| Highway Rights-of-way | 10.92 Acres |

(k) The Grantee is hereby prohibited from selling or transferring or attempting to sell or transfer Papago Park. Any such action or attempted action by said Grantee shall be deemed an abandonment, and Papago Park shall revert to the United States of America.

**Timeline (3/7)**                    **Exhibit C - Page 57**

**Sept. 3, 1964.** Land and Water Conservation Act (LWCF) (Public Law 88-578; 16 U.S.C. §460 L-4 to L-11). A landmark decision requiring that no property developed with LWCF funds could be converted to other than public outdoor recreation uses. An approved conversion (land trade) is permitted if in accord with statewide outdoor recreation plan but only with substitution of other close-by properties of equal value and usefulness.

**Oct 17, 1976.** Disposal of Public Property (90 Stat. 2743, Public Law 94-519). States that that a deed of conveyance of any surplus real property disposed of under the provisions of this subsection (i) shall provide that all such property shall be used and maintained for the purpose for which it was conveyed in perpetuity, and that in the event that such property ceases to be used or maintained for such purpose during such period, all or any portion of such property shall in its then existing condition, at the option of the United States, revert to the United States" The 1976 Act  is  a revision and amendment of the Federal Property and Administrative Services Act of 1949 (Pub. L. 152, Ch. 288, 63 Stat 377) Sec. 484 (k) (2) Under sponsorship of the Department of the Interior authorizes discounted conveyances of surplus real property to units of State and local government for public park or recreational purposes.

**1968.** Park Preservation become as National Policy. In a landmark case, the US Supreme Court ruled 6-2 to overturn a decision allowing a city to build a highway through Overton Park (TN). "It is hereby declared to be the national policy that special effort should be made to preserve the natural beauty of the countryside and public park and recreation lands, wildlife and waterfowl refuges, and historic sites or development" (Title 43, U.S.C Section 138).

**1968.** City of Phoenix receives LWCF funding for development in 1968, in the amount of $105,000 to "develop access roads, parking areas, hiking and riding trails, picnic areas in Papago Regional Park". This was approved in 3/2/1966, ID 9.2 (Department of the Interior and related Agencies Appropriations, H.R. 17354).

**May 22, 1997.** Land Patent conferred to Phoenix. (Patent No. 02-97-0007, Title Documents, p. 41-43), US, signed by BLM, confirmed 'park only' restrictions, reversionary provisions and added Civil Rights requirements, filed under the authority of the 1926 Recreation and Public Purpose Act.

**Aug. 21, 2002.** Property for Use as a Public Park or Recreation Area. Title 40 U.S.C. 550(e)...(Public Law 107-217). This law states that the deed of conveyance of any surplus real property disposed of under this subsection (A) shall provide that all of the property be used and maintained for the purpose for which it was conveyed in perpetuity, and that if the property ceases to be used or maintained for that purpose, all or any portion of the property shall, in its then existing condition, at the option of the Government, revert to the Government. This Act is a revision and recodification of Title 40 U.S.C. 484(K)(2)(c) of Oct 17, 1976 (Public Law 94-519), listed above.



U.S. DEPARTMENT OF THE INTERIOR   *PRIVATE*
**BUREAU OF LAND MANAGEMENT**
Search Documents     Reference Center     Supp...

▶ Search Documents  ▶ Patent Details

Accession Nr: 02-97-0007   Document Type: Serial Patent   State: Arizona   Issue Date: 5/22/...

**The United States of America**
*To all to whom these presents shall come, Greeting:*

**Patent 1093785**

CITY OF PHOENIX

is entitled to a land patent pursuant to the Recreation and Public Purposes Act of June amended, 43 U.S.C. 869 et seq., for the following described land:

NOW KNOW YE, that there is, therefore, granted by the United States, unto the land above described for a city park only; TO HAVE AND TO HOLD the land wit privileges, immunities and appurtenances, of whatsoever nature, thereunto belonging, u Phoenix, and its assigns forever; and

The grant of the herein described lands is subject to the following reservations, limitations:

Provided, that title shall revert to the United States upon a finding, after notice for a hearing, that, without the approval of the Secretary of the Interior or his delegate, its approved successor attempts to transfer title to or control over the lands to another, been devoted to a use other than that for which the lands were conveyed, the lands have for the purpose for which the lands were conveyed for a 5-year period, or the patentee follow the approved development plan or management plan.

Provided further, that the Secretary of the Interior may take action to revest title States if the patentee directly or indirectly permit its agents, employees...

**June 17, 2010. Papago Park Master Plan.** An ambitious, elaborate and comprehensive 113-page plan for the enhancement of the park. It stresses the integration of partners, natural features, and recreational amenities to make Papago a "Great American Park". According to this plan: "Large, natural open spaces within large metro areas are rare. Preserving and enhancing the natural spaces within the park is essential" (page 35 of Plan). Also, a public poll included in the Plan lists "Open Space/Natural Desert Preservation" and "Natural Areas/ Wildlife Habitats" as most important goals (p.36) and "Additional parking areas" and "Expansion of existing parking areas" (pgs.41,44) the least desirable outcomes. In this document, a mere 34.4% of the park is classified as desert areas, of which 506 acres is Protected Park Zone (p. 51) and 227 acres is called Developed Desert Park Zone (p. 52). This is down from more than 90% desert areas in the last 1950s. There is no provision for a private baseball training facility in this Master Plan.



PAPAGO PARK
REGIONAL MASTER PLAN

**2012-2018.** Phoenix executes 'enhancements.' In this decade Phoenix several small 'enhancements' to Papago Park: extending the golf course fence out into desert land, constructing cement walkways, adding facility buildings, and building an unneeded access asphalt road for ASU. The common denominator in all of these is the destruction of more desert habitat.

LEASE OF PAPAGO BASEBALL FACILITY

BY THE CITY OF SCOTTSDALE

THIS LEASE OF THE PAPAGO BASEBALL FACILITY ("Lea
CITY OF PHOENIX, an Arizona municipal corporation (hereinafter "La
the City of Scottsdale, an Arizona municipal corporation (hereinafter "I
entered into as of _____, 20__ ("Effective Date"). Pho
individually referred to as a "Party" and collectively as the "Parties."

RECITALS

A.     Phoenix owns the Papago Baseball Facility located at 16
Arizona, 85008 including all existing major league baseball fields, c
parking areas and other improvements located thereon (collectively, t
legally described on **Exhibit "A"** and depicted on **Exhibit "B",** b
incorporated herein by this reference.

**Nov. 26, 2018.** Phoenix leases Papago Park to Scottsdale and Giants. The City of Phoenix signs a lease giving use of the baseball facility in Papago Park to the City of Scottsdale. On December 1, 2018, Scottsdale – with the knowledge and acquiescence of Phoenix – signs a sublease giving use of that Facility to the San Francisco Giants Baseball Club and allowing the Giants to make "certain improvements" to the Facility for use as training compound for the Giants' Player Development Program. The conditions, rights and privileges in the Lease and Sublease, as well as term (35yrs+5 ext.) are similar to those specified for authorized leasees in the 1959 and 1964 title documents. The Giants are not authorized or listed as a permitted leasee, nor is the 'private corporation training facility' use compatible with the 'public park only' requirements in the Title Documents and federal legislation for former US park lands.



**Sept. 2019. Giants begin construction of Training Facility.** The first step of the construction was to build a green fence around project area, level all existing structures of the old facility and bulldoze up to 15+ acres of desert, removing all vegetation.

**Oct. 2019. Giants build worst parking lot in Human History, in wrong place.** In the Lease (Section 2.3.2) and Sublease there is a requirement for Giants to build an overflow parking lots. In the contract diagram, it is located within the facility. For reasons unknown, it was decided to build it north of the softball facility, one hundred yards away.



About 50 tons of bituminous pitch was unceremoniously dumped on a desert area, without any soil preparation or engineering, destroying another two acres of desert landscape. Later, when asked about the unlawful nature of this lot, the plaintiffs were told it was "temporary".

**Oct. 2019.  First email sent to Scottsdale asking about nature of Project**. An "I am curious about what is happening at Sports facility" email was sent to Scottsdale officials for details of the project.  Lease and Sublease documents were furnished by Scottsdale. It soon became clear that this was not a "remodel" or "enhancement, but a complete bulldoze and rebuilt from ground up, and a major construction project, much different that that neighbors were given to understand.  It became apparent that the Giant's new facility was huge, officially encompassing 36.75 acres in the Lease contract (compared to the 30 acres in the modest old compound), but, in reality, occupying 42-45 acres of Papago Park.

**April – October, 2019. FOPP sends hundreds of emails to Officials.** Friends of Papago Park sends emails to Phoenix, Scottsdale, Giants, Mayors, City Park departments, Phoenix Parks Boards, US Senators, Representatives, Arizona State Parks Board, the Department of the Interior, The OIG of DOI, National Parks Service, Bureau of Land Management and even several so-called conservation organizations, with few responses and no tangible results.  In these letters we quoted Acts of Congress and Federal legislation



protecting parks lands, including those conveyed to States and Cities.  We sent information about lawsuits and legal cases relating to parks that officials had tried to use for non-public and non-park purposes, all of which failed. We sent pictures of the destruction being inflicted on desert areas of Papago Park. All of these efforts were in vain.

**July, 2019. Giants build a huge "Used Tire Warehouse" in Papago Park.**  Actually, it appears to be a batting practice building. It is not in the same location as in the contract diagram nor is it the same size (much larger) but minor details never bother our intrepid officials. For maximum disruptive visual effect, it is at the very entrance of the Facility, where it blends in nicely with the desert vegetation and sandstone hills of Papago Park around it – or maybe not.

**August, 2019. Phoenix destroys another 8 acres for unneeded parking.**  A constant issue with Phoenix city officials has been the continual destruction of desert landscapes in Papago Park, not just with the Giants baseball facility.  Over the last decade, Phoenix has executed many 'minor' enhancements in the park, as mentioned above, always at the expense of desert areas. At the end of July, FOPP had one of two cordial meetings with Phoenix and Scottsdale officials.  We expressed our misgivings with the Giants project and stressed the need to preserve desert areas.  The very next week, the City of Phoenix bulldozed another 8-9 acres for an unneeded parking lot.  See our email of August 24, for a detailed analysis of this sad episode and reasons for why that lot was unneeded. At the very least, in the meeting, officials could have, as a courtesy, told us something like "by the way, you aren't going to like this, but we're building another parking lot."  We are adults, we would not have cried or gone hysterical - only, at most, cursed them in six languages.

**Oct. 26, 2019.** The Department of the Interior finally responds. After sending an email on 10/22 threatening to file an injunction in a federal court, the Solicitors office of the DOI sent us an email saying that, in their opinion, we had no case because, according to some legislation cited in one of the Title Documents, the deed restrictions and reversionary provisions expired after 25 years (in 1985). The plaintiffs pointed out that the 25-year limit clause had been repealed (which they either did not know or did not care to inform us) even before that clause had been included in the Certificate of Approval of Transfer and Change of Use No. 4 (see item for that date). In a second email, of Nov. 26, responding to our email saying the expiration had been repealed, the Solicitor basically said that it really didn't make any difference because the repeal of the expiration only effected 'future' land transfers. The word 'future' is not in the legislation. The Solicitor then suggested that we contact the Arizona State Parks board and ask about the LWCF issue. These emails can be found in Exhibit D.

**Nov 11, 2019.** **Email sent to AZ State Parks.** By law, the Arizona State Parks are responsible for LWCF compliance and follow-up monitoring. We asked if they were aware of penalties for violations of Land and Water Conservation Fund legislation, which requires that parks (i.e., Papago Park) receiving LWCF funds be maintained for the purpose for which it was conveyed in perpetuity, and if that "property ceases to be used or maintained for that purpose, all or any portion of such property will in its existing condition, at the option of the United States, revert to the United States." We also copied the DOI emails above with detailed information about LWCF and deed policy violations. <u>We have received no response.</u>

**Nov 30, 2019.** **End of Timeline.** Despite our efforts, even providing facts and photos; despite clear laws, officials have been unresponsive. The construction of the private Facility continues, as does the destruction of the desert lands of Papago Park. We will send no more emails. We will file an injunction.



## Exhibit D - Emails

The following emails are attached to this case to provide a history of communications to and from public officials about the recent baseball facility project as well as the devastation inflicted on other desert areas of Papago Park over recent years.  These emails are frequently referred to in the Request for Injunction, to provide factual content.  They are presented in chronological order, beginning with the most recent.  <u>These emails are public records</u>. In some cases, emails have been edited for brevity and some personal non-government names have been redacted.  In all cases, the full content of any email is available, as are many other emails relating to this case.   Attached pictures are included with the text.

The Friends of Papago Park (FOPP) believe these communications show a sustained effort to inform the Cities of Phoenix and Scottsdale of developments in Papago Park that are contrary to the restrictive use covenants in the Title Documents (Exhibit B) conferred by the United States of America and the State of Arizona to the City of Phoenix.   They also show an attempt was made to reach an agreement and limit damage to the desert habitat in the park, to no avail.  Lastly, they demonstrate that other government agencies were contacted about the perceived irregularities, also without the expected results. *For reference and to facilitate the comprehension of these communications, a brief statement of email content is given in blue (and between parenthesis), following the date.*

<u>Date: Nov. 30, 2020  From A. Deal  To  Friends of Papago - Re: I have checked the facts....</u>
(Last email sent before injunction.  We have waited four weeks for AZ State Parks to respond about violation of LWCF act. We have done everything possible to avoid this, but destruction continues)
**To:** Friends of Papago Park <friendsofpapago@xxx.xxx>
**Sent:** Mon 11/30/2020 11:18PM
**Subject: I have checked the facts**, we have to do the injunction

I went over the draft for the big I (26 pages), and emails sent and received this last year, and even the title documents and checked everything again, and again.  It seems that the AZ State Parks will ignore the LWCF legislation just like the Solicitor (DOI), BLM and NPS have ignored deed restrictions and federal statutes.   They don't want to get involved in this big messy thing so it is time to do what we had hoped could be avoided.  We have done everything we can to resolve this without imposing possible financial harm on the defendants.  If only they had committed to not destroy any more desert, as we asked months ago. We must file the injunction, otherwise they (Phoenix and friends) have a *carte blanche* to do anything they want to Papago park and even other areas, courtesy of the Solicitor of the Department of the Interior, which has  announced that, in their opinion, there are no restrictions or other legal entanglements requiring that Papago Park be used as a Park. To them it is just dirt, *para usar e abusar*.

I cannot understand how public employees can be so obtuse or fearful or inept or dishonest as to not only ignore laws, rules and regulations, but to pretend there is no problem in putting a private facility in a public park -- it is a negation of common sense to a degree that I had thought impossible.  This whole

'thing' has been a learning experience.  Maybe it is not the people we have communicated with -- maybe it is somebody up the food chain and they 'just follow orders.' *Quem sabe?*

I have spent hundreds of hours reading laws, statues, documents, emails and about 30 court cases (I selected 11 to include in injunction as judicial precedent). I wonder why this is even necessary when everybody I talk to, says it is 'absurd ' that this could happen, yet it is, before our eyes.

I even took time to map out the 1959 documents, including the Certificates of Approval No.1 (In lease, wrong location, dated April 28, 1959) and No.4 (sent by the Solicitor, dated Jan. 1, 1960) and mapped the geographic information (based upon GIla and Salt RIver Meridian, with Township and Sections using the Maricopa County Assessor's Office info). See attached image. Note that the 25-year clause was repealed Sept 21, 1959 and yet it was included in Jan. 1, 1960 document. Worse yet, the solicitor's words saying only provisions dated after the repeal are valid makes his case unsustainable and confirms the deed



restrictions (not to mention that these are also found in 1964 and 1997 title documents).  Utter carelessness.   How the powers that be can make so many simple mistakes in one document is beyond me (basing arguments on repealed legislation, including wrong areas in land descriptions, ignoring standard legal conventions, reinforcing the opponent's position, etc...). This has to be more than carelessness and ignorance (and I am not into conspiracy theories, btw).   We need to talk.

**Date: Nov. 9, 2020  From A. Deal  To  Az State Parks - Re: Papago Park needs your attention, urgently**
**(As suggested by the Solicitor on 10/29, we tried to reach out again to the Arizona States Parks Board.**
**Actually, this is proper because the State p[arks agency is responsible for LWCF grants. Three weeks**
**have passed and there has been no response – par for the course...)  (Attached pictures included here)**

**To:** Rogers, Mickey  <mrogers@azstateparks.gov>
**Cc:** Friends of Papago Park <friendsofpapago@xxx.xxx>
**Sent:** Mon 11/9/2020 2:51 PM
**Subject:**  Papago Park needs your attention, urgently

Mr. Rogers, Good morning!
             I am sorry to involve you in this mess, but Mr. Hurst of the Solicitor's office of the
Department of the Interior gave me your name and said I should contact you. Last week I forwarded his
email to you. As you know by now, I am part of the Friends of Papago Park, a group of park users that is
very unhappy with the misuse and destruction of desert areas in Papago park. Note that I personally have
a 120 year attachment to the area, and as a child in the 1950s I was a constant visitor - I remember Papago
park before all the leases and concessions, before McDowell and Gavin roads were built through the park
and I have even listened to concerts from the steps of the old amphitheatre.
      For over a year we have been sending emails and making phone calls to officials, government entities
and even conservation groups, with little result.  We have contacted everybody we can think of, including
the State of Arizona Parks Board (see email below and attachments, sent August 3). Of course, as usual, we
received no reply. Like it or not, the State of Arizona is involved in this "situation" and will be part of in
solution, we hope. As also you know, the State used to own Papago Park. There are deeds and other
documents relating to this with very clear stipulations about leases, use restrictions and even a revisionary
provision if those requirements are not met. That is one way you are involved.
      There is another: Papago Park received LWCF funding to build enhancements in Papago Park, in the
1960s. As chief of trails and grants, you are aware of the nature of these grants and the federal-state-city
approval and funding mechanisms, as well as the legal implications.
      Whatever our failings, we are committed, we are open about our objectives and, most of all, we
are persistent. We also do research, trying to find laws and judicial cases that have issues comparable to
those relating to Papago Park. Actually, legally, this has been a challenge, since Papago park is unique in
many ways -- its history, its ownership and the web of legal entanglements over 90 years. We have found
many cases where LWCF funding has placed serious restrictions on land use, much to the dismay of the
owners, who wanted to use those parks for other purposes. Let me give you a few words to help:
Cross Street Playground, Berkich Park and Shawangunks. There are others.
      Lasse and I, both of the Friends of Papago Park, would like to meet with you about this, preferably
in the afternoon, by video conference. We do this because we want to leave no stone unturned before we
take other steps to resolve this issue. I, personally, am pessimistic about anything constructive being
achieved, given the disinterest in the subject and unwillingness to get involved in a very complicated affair.
Please surprise me.  If you wish, you can invite a colleague to be part of the meeting also. Please advise
Mr. Broscheid of this communication.
      J. Arthur Deal
(Email below of Nov 6, from the Solicitor, included and forwarded to Az State Parks)



**Date: Nov. 6, 2020  From Hurst  To  A. Deal   Re: Title Questions and other important things**
(Solicitor's response to regarding our comments of title documents and chronology)
**From:** Hurst, John J <john.hurst@sol.doi.gov>
**Sent:** Friday, November 6, 2020 11:13 PM
**To:** J. Deal <jdeal@xxxx.xxx.com>; Putnam, Patrick A <patrick_putnam@nps.gov>
**Cc:** Edelstein, Joshua A <Joshua.Edelstein@sol.doi.gov>; Cowger, Lane D <lcowger@blm.gov>; Andersen, James <jvanders@blm.gov>; Williams, Michael C <michael.williams@sol.doi.gov>; Friends of Papago Park <friendsofpapago@xxx.xxx>
**Subject:** RE: [EXTERNAL] Re: Friends of Papago Park - title questions and other important things

Dear Mr. Deal,

　　　　Your response to my email leads me to believe you misunderstood DOI's position. DOI is not giving a "green light" to any activity or "saying that all restrictions have been removed from Papago Park." Instead, after reviewing our own documentation, including the documents you highlight, we have determined that the United States has no ownership interest, reversionary or otherwise, that allows it to take any actions associated with the park. Nor does the National Park Service have any management authority over the land. As you noted, Papago Park was originally established as a national monument. However, Congress abolished the monument by special act on April 7, 1930 and later amended that act on July 7, 1932. At that point, what had been a national monument was returned to general public land administration and the National Park Service was no longer authorized by Congress to manage or control this land.

　　　　The statutory act allowing for Recreational and Public Purposes leases and patents has been amended several times since it was first enacted in 1926. The Act of June 4, 1954 (68 Stat. 173), provided for the 25-year limitation on the reversion clauses of previously issued patents. Because the patents for Papago Park were issued prior to this time, the 25-year limitation on reversion applies to the transfer of title/change of use certificates. It would not be until 1959 that Congress would again change the statute to abolish the 25-year reversion for all future patents.

　　　　Because the 25-year reversion expired in 1984, the United States no longer has any right or property interest in the land. If this case is brought to court, as you threaten, a judge will likely dismiss the United States because it has no cognizable authority or obligation in the matter.

　　　　Regarding your claims for violations of use of LWCF funds, I reached out to the Land and Water Conservation Fund's grant program. Any concerns regarding improper use of land developed in relation to LWCF grants may be raised with Mickey Rogers with Arizona State Parks & Trails. He oversees the LWCF grant program in Arizona. I spoke with him, and he asked that you contact him with your concerns. His contact information is:

　　　　Mickey Roger
　　　　602-542-6942
　　　　mrogers@azstateparks.gov

Sincerely,
　　　　John Hurst - Office of the Solicitor

**Date: Oct. 29 From A. Deal  To  Hurst / Putnam - Re: Title Questions**
**(Our response to government email saying they have no interest in this case. Officials always have grandiose plans to 'develop' the park)**
**To:** Hurst, John J <john.hurst@sol.doi.gov>; Putnam, Patrick A <patrick_putnam@nps.gov>
**Cc:** Edelstein, Joshua A <Joshua.Edelstein@sol.doi.gov>; Cowger, Lane D <lcowger@blm.gov>; Andersen, James <jvanders@blm.gov>; Williams, Michael C <michael.williams@sol.doi.gov>; Friends of Papago Park <friendsofpapago@xxx.xxx>
**Subject:**  Friends of Papago Park - title questions and other important things



So, the Department of the Interior is saying that all restrictions have been removed from Papago Park. That means that city officials can do anything they want, I guess. Somehow, I feel I am in a Groundhog Day time loop.



In my short life I have lived thru many proposals for aberrant, dodgy uses, I mean misuses, of Papago Park. See pictures. The giant saguaro Eiffel-tower like project would have been interesting. I can't find a picture of the 2008 Urban Land Institute (ULI) plan that wanted to build apartments there (I do have a copy of it somewhere), but I remember it well. Then there was the skating rink idea... it never ends. Now you want to give a green light to any and all grotesque ideas to "enhance" Papago park. Well, don't celebrate yet.

Please note:
- The 25-year expiration date in the Certificate you sent only refers to the "Change of Use" clause for the stadium, not the deed restrictions. Nowhere in any Land Patent, Title, deeds or Certificate is there any indication that "park only" restrictions can be canceled or would expire when aliens arrive.
- The references to the Recreation and Public Purposes Act of June 14, 1926 are interesting.  That Act says "If the Secretary, pursuant to such an application, authorizes such transfer or use, all reverter provisions and other limitations on transfer or use, under this or any other Act affecting the lands involved, shall cease to be in effect twenty-five years after the Secretary authorizes the transfer or use for a changed or additional purpose under the provisions of this section". The only "use for a changed or additional purpose" explicit in the document was the 1960s baseball stadium.  No other specific purpose or change use is found in any documents, particularly as related to a training facility for a private corporation, one closed to the public.
- The Certificate that you found (which we had not seen before) only cancels the revisionary provisions (giving back the land to the US), not the requirement for use as a "park, recreation, public convenience purposes".

- As a side note, the Recreation and Public Purposes Act, about the disposal of public lands, which you cite in the Certificate as a basis for your claim of disinterest in this matter, says: "Nothing in this Act shall be construed to apply to lands in any national forest, national park, or national monument, or national wildlife refuge… (Section 1 (c)).  At that time, Papago park, then known as Papago Saguaro National Monument, was a National Monument.
- The 1954 Recreation and Public Purposes Act, a complete revision of the 1926 Recreation Act (44 Stat.741), states that "Patents issued under the Recreation and Public Purposes Act convey a restricted title since they contain certain provisions or clauses which, if not complied with, may result in reversion of the title to the United States. These provisions are…"2. the patentee or its successor in interest attempts to transfer title or control over the land to another, or the land is devoted to a use other than that for which it was conveyed without the consent of the Bureau of Land Management, title will revert to the United States…4. A stipulation that the lands will be used in perpetuity for the purposes for that they are acquired. The lease or patent may stipulate that certain provisions of the development program, including the management plan, may be subject to review by the Secretary of the Interior or his delegate". https://www.blm.gov/sites/blm.gov/files/LandTenure_RecandPublicPurposesAct InfoSheet.pdf. The Lease is basically an attempt to transfer control over park lands, in violation of the 1956 Act.
- In that Act, there is the "stipulation that the lands will be used in perpetuity for the purposes for that they are acquired". The "In perpetuity" clause effectively voids the 25 year-expiration date.
- In fact, the 25-year time frame itself had already been repealed. "1959 Pub. L. 86—292 struck out sentence which provided that this section should cease to be in effect as to any lands patented under sections 869 to 869–4 of this title twenty-five years after the issuance of patent for such lands." This voiding of the 25 year "expiration" is also found in other government regulations. Do your homework.
- CFR Title 43 of the Recreation and Public Purposes Act, §2741.9 (Patent provisions) states that "(a) All patents under the act shall provide that title shall revert upon a finding, after notice and opportunity for a hearing, that, without the approval of the authorized officer: (1) The patentee or its approved successor attempts to transfer title to or control over the lands to another; (2) The lands have been devoted to a use other than that for which the lands were conveyed; (3) The lands have not been used for the purpose for which they were conveyed for a 5-year period; or (4) The patentee has failed to follow the approved development plan or management plan." The City of Phoenix is in violation of items (1), (2) and (4), this last relating to the disregard of the 2010 Master Plan.

- There are dozens of statements in the BLM and NPS websites that affirm that former park lands transferred to other governmental entities are to remain parks, not private company facilities. Since 1926, the preservation of park lands for public use and enjoyment has been a clear, consistent and continuous policy of the Department of the Interior.
- The 1997 Land Patent, pages 41 to 43 of the Title Documents, reaffirms the "city park only" restriction and makes no mention of any 25-year limitation on transfer or change of use. <u>Note that this occurred 13 years after the claimed expiration.</u>
- Your DOI-OIG email of Oct 26 makes no mention of the Title 40 violations or the misuse of lands receiving funds under the Land and Water Conservation Fund Act of 1965.  Both of these are serious and motive for sanctions similar to those in the deed restrictions.

**Date: Oct. 26  From John Hurst; SOL-OIG-DOI  To  A. Deal - Re: Title Questions**
(U.S. Government email saying they have no interest in this case, providing document attached for facility area with 25 year expiration. This is in response to requests for action made to DOI in April and threat do file injunction, of Sept 29)

**From:** Hurst, John J <john.hurst@sol.doi.gov>
**Sent:** Monday, October 26, 2020 6:28 PM
**To:** J. Deal <jdeal@xxx.sxxx; Putnam, Patrick A <patrick_putnam@nps.gov>
**Cc:** Edelstein, Joshua A <Joshua.Edelstein@sol.doi.gov>; Cowger, Lane D <lcowger@blm.gov>; Andersen, James <jvanders@blm.gov>; Williams, Michael C <michael.williams@sol.doi.gov>; Friends of Papago Park <friendsofpapago@xxx.xxx>
**Subject:**  Re: Friends of Papago Park - title questions and other important things

The Bureau of Land Management reviewed its Papago Park files and the area of the new baseball fields. The BLM determined that the United States no longer has any property interest in the area. While there was a reversionary interest noted in the BLM's Approval of Transfer and Change of Use (attached), that expired on December 31, 1984. Because its reversionary interest expired, the United States no longer plays a role in determining the use of the land. Nor will the land revert to the United States because of actions taken by the current owner. If you have any other documentation that provides evidence that the United States still has a property interest, please provide it to me for review.

If you have any further questions, please feel free to reach out to me.
Sincerely, John Hurst - Office of the Solicitor
United States Department of the Interior, Phoenix Field Office

**Date: Oct. 22 From A. Deal  To  Hurst / Putnam - Re: Title Questions**
**(Email to U.S. Government thanking them for finally taking action. Notice that FOPP intends to go forward with injunction if response is insatisfactory)**
Re: Friends of Papago Park - title questions and other important things
To: Hurst, John J;  Putnam, Patrick A
Cc:  Edelstein, Joshua A; Cowger, Lane D;  Andersen, James;  Williams, Michael C;  Friends of Papago Park
Mr. Hurst, Thank you for contacting me about this important issue. I spoke with Mr. Putnam today and I was told there would be a meeting about this issue on Friday (unconfirmed).
Lasse (Friends of Papago Park) and I have always been very open about our objectives.  We believe that there are some very strange, improper and even irregular things going on in Papago Park, particularly in the baseball Facility under construction.
I want you to have the facts and then do your own research.  I am sending parts -- about 12 pages -- of a rough draft of an injunction we intend to file in a US District court in the near future. These should provide a good idea of the issue, or, at least, our understanding of it.  The whole thing is at about 25 pages and includes a history / timeline of the park and also references to numerous other legal cases involving deed restriction on former US park lands or government grants of various types (not included in the attached document).  I have spent hundreds of hours and I could not find even one in which deed restrictions of the type and circumstances like those for Papago Park were ignored.  I am sure that Phoenix and Scottsdale have different views on this matter.
I have no idea what you will do.  We will move forward with or without you.  We are not lawyers, but we try our best.  We hope our best is good enough; it may not be, but we will cross that bridge when we come to it. This whole thing is messy.  I wish Phoenix and Scottsdale had listened to us last November when this thing started.  I don't like the idea of lost jobs or causing financial distress to anybody, but...
Please understand this is not just about one project; for years and years Phoenix has been clearing parts of Papago Park for dubious projects -- the favorite being parking lots -- it is some kind of fetiche, I think.  It has to stop but we have been ignored.  Maybe an injunction with the threat of losing their most historic park (how embarrassing!) will get their attention, or maybe not.
We have tons of pictures showing the devastation inflicted on our poor park and we would be glad to provide them.  If you need more information, let us know.
Thank you all for looking into this matter.  It is very important to us.  I have talked to hundreds of people and all of them without exception share our feelings.   J. Arthur Deal

**From:** Hurst, John J <john.hurst@sol.doi.gov>
**Sent:** Wednesday, October 21, 2020 10:12 PM
**To:** Arthur Deal@xxx.xxx
**Cc:** Edelstein, Joshua A <Joshua.Edelstein@sol.doi.gov>; Cowger, Lane D <lcowger@blm.gov>; Andersen, James <jvanders@blm.gov>; Williams, Michael C <michael.williams@sol.doi.gov>
**Subject:** Friends of Papago Park - title questions
 Dear Mr. Deal,

I am an attorney with the Solicitor's Office in the United States Department of the Interior.  I am in receipt of your October 6, 2020, email concerning Papago Park and your intention to ask a court for an injunction.  I reached out to the local BLM Field Office, and they have access to the records related to the land patents associated with Papago Park. Because the land that was originally in the national monument has been patented to different entities, it would be helpful to know exactly where in the park you have concerns. That way, the local BLM office can review the records and then perhaps set up a meeting with you to discuss whether the deed restrictions are still applicable.  If you are interested in such a meeting, please respond to this email with any relevant records, particularly those that would describe the exact location of the land at issue.  Thank you and please feel free to call me if you have any questions.

Sincerely,

John Hurst  Office of the Solicitor - United States Department of the Interior, Phoenix Field Office


**Date: Oct. 3  From A. Deal  To Friends of papago - Re: My response , again**
**(This expresses displeasure with all government officials and lack of response from them)**
To:  Friends of Papago Park

Sounds like a plan.  I just want to make sure that some people (no names!) are very unhappy with what is going on.  I don't believe for a minute that they will do anything to help us.  Next week I'll send a letter to solicitor, since no word from Putnam, Sinema, McSally and Stanton.  If I were an elected official, I would make sure every letter got a response, even if only "sorry, no can do".  And we are supposed to like these clowns?  After that, Plan I.


**Date: Sept. 29  From A. Deal  To BIA, DOI, etc - Re: Possible Injunction**
**(This email sent to government officials about decision to request injunction)**
To BIA, Solicitor, Stanton, Cinema and Mcsally (sent individually, with minor modifications)

For nine months we have been trying to raise consciousness of the damage being inflicted upon desert habitat in Papago Park and the illegal nature of construction therein by a private corporation -- all this done with the approbation of City officials in Phoenix and Scottsdale. We have sent more than 100 emails and phone calls. Our efforts have been to no avail.

We requested that federal agencies in the Department of the Interior (Solicitor, OIG and BLM) review our claims of improper use of the park, examine the pertinent title documentation made available to them and, at the very least, and investigate these accusations to determine if there is merit to our claims. It has been months and we have received no response.

We have asked your office (name of authority here) to contact the DOI – Department of the Interior to voice support for that investigation. Note we asked only this – that you contact the Department of the Interior and request that it look at the issue and ascertain if there is merit to our concerns. We did not ask (your office senator/representative) to support this or to be against it. We only requested that tell the DOI that you believe that the alleged destruction of Papago Park is 1. a serious issue that worthy of their attention, and 2. that they investigate those allegations, and 3.  express an opinion if those allegations are valid or not. As far as we know, you have not done this and the DOI has taken no actions. Therefore, we have decided to request an injunction from a US Court to halt the construction in progress and enforce the deed restrictions and remedies found in all Papago Park title documents. For example:

Papago Park used to be a US National Monument before it was transferred to the State of Arizona (and later to Phoenix). That 1937 transfer states: *"This patent is issued upon the express condition that the lands so granted shall be used only for municipal, park, recreation, or public convenience purposes, and if the lands or any part thereof, shall be abandoned for such use, such lands, or such part, shall revert to the United States"* (signed President Franklin D. Roosevelt).

The 1964 Deed of Sale (from the state of Arizona to Phoenix, states that *"this deed is issued upon the express condition that the lands so conveyed shall be used only for municipal, park, recreation, or public-convenience purposes"*. The 1964 deed also recognizes and specifically authorizes seven leases within park lands. These are: 1. Arizona Fish and Game department (later, the Zoo), 2. SRP, 3. Arizona Highways Dept, 4. City of Tempe, 5. Arizona Cactus and Floral Society (Botanical), 6. The Army (National Guard), and 7. Highway rights-of-way. These seven leases still exist today. There is no mention of a private facility for a Baseball corporation.

**The matter is simple. The injunction will compel a federal judge to examine the title documents and rule if the construction of an enclosed, restricted access, training facility for a private corporation is or isn't compatible with the concept of "public park, only" or "public convenience". That is it.**

We will do this with reluctance, because it involves hundreds of jobs and millions of dollars spent by that corporation. Should this be action be granted, there will be a myriad of legal actions to determine consequences, responsibilities and recover costs. It will be messy. We have tried to reach an agreement with local city officials, but the response has been, in simple language, something in the order of *We own the land and can do what we want -- go cry over silly rabbits and creosote somewhere else*. Unfortunately, this drastic legal action seems to be the only way to protect historic public lands from this and further devastation.

This injunction process will include references to rulings in legal databases to other cases in which there were attempts by authorities in different parts of the country to use park lands for purposes inconsistent with the title covenants. We could find no cases in which deed restrictions on public park lands were invalidated.

We will also explain our reasons for seeking judicial recourse, since public authorities like (name here) and others have been unresponsive.  It is important that the public know that their representatives in congress side with the rich and powerful rather than the public, even to the extent of blatantly ignoring covenants and restrictions intended to protect public lands.

### Date: Sept. 28: From A. Deal  To Aguilar - Phoenix . Murphy - Scottsdale - Re: Emails and Phase IV
(A reply about work around Facility, suggesting a restoration of old amphitheatre instead)
To:  Cynthia Aguilar;  Bill Murphy

Bill and Cynthia, thank you for your emails of 9/22 and 23, respectively. It was really good to see you and talk to you. I believe you are, as I am, measured and dedicated.

As you know, my greatest concern is the baseball facility, which I consider much too obtrusive and incompatible with the original purpose of the park. The old Oakland As facility was very different – physically, legally and visually. It did not bother me much. In fact, one hardly knew it was there when standing in the parking lot in front of the softball facility. In all the years I have lived nearby, I never stepped foot inside that facility. The Giants facility under construction is a different ballgame. The trails and landscaping are nice, but that is putting lipstick on a pig.

I am serious about Phase IV. I see it as a way that all of us can come together and do something we all can live with, not to mention the joy that it will bring to millions of people in the Metropolitan area. In

case you have forgotten, Phase IV is the restoration of the old amphitheatre as an open air, outdoor venue for concerts and other performances, with, of course, the necessary tunneling of Van Buren. If Phoenix and Scottsdale would get behind this, with grants, corporate sponsorships and donations, it can be done. It might even be less painful than other alternatives.

**Date: Sept. 28: From A. Deal  To Phoenix Parks Board - Re: My Response to Parks Board**
**(Sent to Phoenix Parks Board about devastation caused by new Facility, in response to reply from Chair)**
To:  dorinabustamente@xxxx.xxxx;  sporter@xxx.xxx;  masavi@xxxx.com;  pduarte@xxx.xxx
+3 others Cc:  Friends of Papago Park

Theresa, Thank you for your response, Personally, I feel that a major problem is that the Parks Board does not realize the true nature nor the extent of these so-called enhancements or how much sorrow and anguish these depredations cause to users of the Park. Now you know.

We hold firm in our belief that the zoo parking lot extension was unneeded and worse yet, added to the continuing destruction of the remaining native habitat in Papago Park. It seems that the first response to any expansion request or 'enhancement' to the City is "what can we bulldoze to make you happy?" Please help us put an end to this mentality.





Yes, Phoenix does own the park and a parking lot is a standard component of any park in the age of the automobile, but it is our belief that any construction that destroys the singular element highlighted in the creation of the park by both Presidents Woodrow Wilson and Franklin D. Roosevelt – that is, it's natural desert Sonoran flora and fauna – must be done with extreme reluctance and only after all other alternatives are exhausted. This was not done. As you know, the preservation of undeveloped natural areas has been documented as the number one concern of the public. Yet, by complicity, the Board has contributed to the destruction of 8-9 more acres of what little native vegetation is left.

Once again, I must say the obvious: a Master Plan that can be changed at will is not really a Master Plan. You mention the fact that Papago Park is not a preserve. That is the problem. Had it been a preserve, the zoo parking lot and the baseball facility would not have been built. That is why the voters create preserves – to keep busy little fingers off of park lands.

See attached pictures of the baseball facility. Note that the 9/2020 image does not show the full area devastated -- there is a large area on the right (west side - not shown) that was scrapped clear and is now under development (see pictures). I will not even comment on the monstrous, horrible, ugly, hideous, disgusting used-tire warehouse at the entrance of the facility.  Note also that the Oakland and Giants contracts are very different animals. The terms are different; the right of possession and use is different; the area occupied is different; the architectural and scenic impact is different, and so on. In simple terms, it is a give-away of public lands to a private corporation for chickenfeed monies. The vague notion of millions of dollars in savings and/or revenue used to justify these actions is never substantiated by facts. It is just a slick operation to extend public favor and funds to individuals and organizations which in turn support public officials and programs. The taxpayer is almost never benefited by these nebulous deals.

The whole idea that turning over a park to some entity is a glorious cost-saving measure is so ridiculous that I can only suggest, in the same vein, that the City of Phoenix turn over every single one of it's parks to nearby corporations and organizations. Think of the hundreds and millions of dollars the city would save without the cost of maintaining those lands, not to mention the economy derived from getting rid of park personnel. That is basically one of your arguments, so why limit it to our most historic park? A park is, by nature, an expense incurred for the public benefit and convenience.

Anyway, this is not over. Whatever your feelings on these two projects, I hope you will join us in opposing any further development, enhancement, or devastation (choose word according to your views) of Papago Park, and save what is left of the 23.8% of land classified as 'undeveloped desert landscape' in the 2010 Master Plan (and that was before numerous 'enhancements in last 10 years , not to mention the three times desert was bulldozed in 2020).

Theresa, please see that this gets to all members of the Parks Board. It is important that all representatives understand that some people feel strongly about what is being done to Papago Park.

-----------------------------------------

Good afternoon Mr. Lasse Norgaard-Larsen and Mr. J. Arthur Deal,

Your email was sent to the Parks and Recreation Board.  Below is information Board Chair Tony Moya has requested we provide to you.

Thank you for sharing your concerns about the projects underway in Papago Park to expand the Phoenix Zoo parking lot and renovate the Papago Baseball Complex.

Regarding the parking lot project, an amendment to the Papago Park Master Plan was approved by the Phoenix Parks and Recreation Board during its April 2019 meeting. While this is not preserve land, the project includes a tree salvage and inventory plan, as well as a landscaping plan. The City of Phoenix owns

the property on which the Phoenix Zoo is located and the facility is operated by a non-profit through a long-term operating agreement with the City.

Regarding the baseball complex renovation, Papago Park has been home to a professional baseball complex since the City entered into an operating agreement with the Oakland A's in 1994. The A's used the facility through 2014.

In April 2018, the Phoenix City Council approved a 35-year Intergovernmental Agreement (IGA) with the City of Scottsdale to take on the operation and maintenance costs of the complex. The City of Scottsdale has subleased the facility to the San Francisco Giants, who are investing approximately $35 million into improvements of the complex for use as its training facility. Those improvements include a new public multi-use trail that will follow the perimeter of the complex and connect with the park's existing trail system. It is anticipated that during fall 2020, the City of Scottsdale, in partnership with the City of Phoenix, will conduct a virtual public meeting process to solicit community feedback about the design of that trail.

It is also important to note that no taxpayer money is being spent on the renovation and that the IGA will result in approximately $61 million in savings for the City of Phoenix. Additionally, community members will still have use of the Papago Baseball Complex during select times. As part of the IGA, after the Giants move from their current training facility in Scottsdale's Indian School Park, Scottsdale will make four lighted fields in Indian School Park, as well as Scottsdale Stadium and Papago Baseball Complex available for public use.

Best, Theresa  -  City of Phoenix, Parks and Recreation Department


**Date: Sept 22, 2020: From A. Deal  To Phoenix/Scottsdale - Re: Papago Park Amphitheatre (Phase IV)**
(Expressing an alternate idea – instead of building the baseball facility, restore the amphitheatre)
**Papago Baseball facility Phase IV**
To: Cynthia Aguilar; Bill Murphy; Knorpp, Jon

Thank you both for your time this morning. I appreciate the care taken in the planning of new trails. I also would like to ask you to seriously consider the idea of restoring, enhancing and expanding the old amphitheatre. It is a long time dream of mine. Of course, putting 150 yards of McDowell underground is going to cost a chunk of money, but it would be consistent with the connectivity models in the Master Plan and the covenants defining land use.

Think of it, an open-air theatre for concerts, bands, theatre and other shows in the most spectacular setting in central Arizona. You would have 10,000 people show up for a Saturday evening performance, easily (a problem too, probably). The stone amphitheatre (also built by CCC in the 1930s) at South Mountain is gone as is the old bandstand in Encanto Park. This would give Phoenix an outdoor arena second to none for cultural events. It would be spectacular. You could get the Giants involved. Call it the Giants Extravaganza Outdoor Theatre. It would be wonderful.

I would forgive all your sins and trespasses if you did this for me. You would go straight to heaven. I would cease and desist and stop sending inefficacious emails to you, the State, US Representatives and Senators, the DOI, BLM, and NPS. I would abandon the court process idea. I would rest in peace.

Maybe a grant of some kind could be obtained.... Maybe a competition at ASU School of Architecture to design the facility.  Maybe corporate sponsorships. We could do this.
J. Arthur Deal

**Date: August 31, 2020: From A. Deal  To Senator McSally - Re: Papago Park**
**(Email about public sentiment regarding Papago Park. Sent to all government contacts)**
To: Phoenix@mcsally.senate.gov   Cc:  Friends of Papago Park

It just keeps getting worse.  Has the Senator contacted the DOI Solicitor's office and asked them to investigate the violations of deed restrictions on park title documents? I would love to post a confirmation of this on the 'Friends of Papago Park' Facebook page.

This is a copy of an email with replies about the latest episode of the destruction of our most historic park -- specifically the new expansion parking lot for the zoo, a private company.  Please see my observations below. See comments.

I sent an email last Monday to the Board that oversees Phoenix parks about this.  I called the 'contact' and she said to send it to her and she would forward it to Board members.  Think was not done so I tried to find the emails individually and let those people know what the public thinks.

Unfortunately, the City of Phoenix continues to disregard public opinion and disrespect the integrity of Papago Park.  While they may be entitled to build parking lots wherever they desire  (unlike the illegal private baseball facility), it is not what the public wants.  There seems to be a strange, unholy pattern of rushing to satisfy corporate (Giants, ASU, Zoo, etc...) demands at the expense of desert areas. One wonders what is going on in the back rooms.

Good news, for a change -- One more month of Summer. I am 73, born here -- and I can't remember a more miserable summer than this one in 2020.

**From:** Friends of Papago Park <friendsofpapago@gmail.com>
**Sent:** Monday, August 31, 2020 3:42 PM
**To:** pgarciaduarte@xxxx.xxx; john.furniss@xxx.xxx ; masavi@xxx.xxx; s.porter@xxx.xxx ; dbustamante@xxx.xxx
**Cc:** Theresa J Faull <theresa.faull@phoenix.gov>; Ryley.buchanan@phoenix.gov <Ryley.buchanan@phoenix.gov>; A. Deal
**Subject:** Re: To Park Boards -- about Destruction of Papago Park
**(Some public comments)**

Good day All, Our group 100% agrees. The sheer destruction that the City of Phoenix continues at Papago Park is in total violation of the Papago Masterplan and ignores the feedback from the residents.. What do people think? Look at our Facebook group with 700+ members. I'd encourage you to read some of the comments on there. Those are private residents and park users.

I have included a few direct quotes below:

- *They pave paradise to put up a parking lot - Ann O. McPxxxxx*
- *Just what we need, more asphalt. - Mosley Lxxxxx*
- *I hate to see this. Destruction of the desert for a parking lot that will be empty 90% of the time and doing nothing but collecting heat -Ken Lx*
- *So now we have TWO parking lots that sit completely empty for ten months of the year on opposite corners. The muni stadium is the perfect overflow lot. The city should have worked it out. This is sickening. - Laurie Sxxx*
- *They continue to destroy what we can't get back! All for a parking lot too, what a shame! -Armando Mxxxx*

- *This is so terribly sad and disrespectful of the limited space in the inner city. Generations in the future probably won't need all those new roads and parking areas and the heat island effect is only adding to the inner city heat and drought problem.*
- *I am very thankful that North Tempe Neighborhoods Association worked very hard and presented Tempe City Council with enough signatures to allow them to put Tempe's Papago Park Preserve on the ballot a few years ago. -Deb GxxxBxxxx*
- *I live (on) the otherside of the canal from this. We are totally getting jacked up down here. Tall apt/condos, no infrastructure and destroying the desert. First it was all the Arabian ranches, then destroyed a lovely mall in lue of dense building. Still nothing to do, just cram the people in. Please explain why in the exercise, health pushing generation, do we need a huge parking lot? I sure didn't vote on it. - Janet Kxxxx*
- *Why can't people just take the f#cking bus? -Jackson Oxxxx*
- *Yeah let's just expand the heat island even more. -Kyle xxxxxx*
- *What the hell. Like there isn't enough now. -Betty Bxxxx*
- *Rotten! -Dready Kxxxx*

Thanks Lasse Norgaard-Larsen / The Friends of Papago Park team
Web: http://www.friendsofpapagopark.org

**Date: August 31, 2020: From A. Deal  To Poenix parks Board - Re: Papago Park**
**(Email about Zoo parking and loss of desert habitat)**
**To Park Boards -- about Destruction of Papago Park**
Mon 8/31/2020 2:39 PM

dbustamente@xxx.xxx; sporter@xxx.xxx; masavi@xxx.xxx; pduarte@xxx.xxx +1 other
Cc: Friends of Papago Park; Theresa J Faull; Ryley.buchanan@phoenix.gov

Last Monday I tried to send the email below to the City of Phoenix, to forward to members of the Park Boards. They would not give out individual emails (justly) so I asked a staff member listed as the 'contact' to do this. She said she would. On Wednesday evening I contacted a member of that group that I know and that person said my email was not received. Was it sent? Did the City of Phoenix 'kill' my email? Does it not accept criticisms of their actions? Or is it just slow bureaucracy and the email actually was passed on? I don't know.  Anyway, I was able to track down a few names on the two Boards that handle park issues, so I am sending this directly to them. I apologize for the intrusion into your inbox, but I feel that you should know how many people feel about what they are doing to Papago Park.

For more than 8 months many people of been raising issues regarding the continuing devastation of Papago Park lands. Initially it was the Giants training facility (a breach of the deed restrictions and devastation of flora), then a never used sloppy asphalt dump and now it is the destruction of eight more acres for an unneeded Zoo parking lot.

The fact is that in my lifetime the area of Papago Park in its native desert state has diminished dramatically. I estimate that when a child going to the park (1954-60) perhaps 80-90% of the non-military area was desert. In the 2010 Master Plan only 23.8% is labeled as 'undeveloped desert landscape'. Since then they have extended the golf course into the desert, build unnecessary roads (for ASU) over desert, and who knows what else. Just in this last 12 months they have scrapped clean 3 different areas of desert vegetation for two parking lots and one illegal private, restricted access corporate domain.

I wrote the email below specifically about the new Zoo lot --- but the problem goes way beyond that one project. Sadly, the City of Phoenix Parks department does not give proper value to the history or desert scenery of the Papago Park. To them it is 'only dirt and a few bushes' or 'just desert'. The public thinks otherwise, but they don't care about them either. The Parks Depart. people always talk about improvements or enhancements but these always seem to result in less desert landscape. One reason I have written dozens of emails – with nothing to show for it – is that maybe next time they (the City) plans some 'enhancement' to Papago Park, they will stop and think "Oh no, more pesky emails from that old guy" before letting the bulldozers loose, again. Well, when the Park is all gone, I won't have to write these letters…



Please read the email below. Check the facts. Ask questions. View the 2 pictures. Note how Preserve funds are being used (too bad Phoenix didn't make Papago Park a preserve like Tempe did, but that was the voters, not City officials). I am attaching two photos – one of the Giant's facility and another showing the zoo parking lot extension, subject of the email below.

Lasse (leader of 'Friends of Papago Park') and I would like to meet with any Board members and give more information and answer any questions. A lot of people are unhappy with what they are doing to our most historic Park. Please pass this on to other Board members whose emails I could not find (easily). Thank you, J. Arthur Deal

**Date: August 24, 2020   From A. Deal  To Phoenix parks Board - Re: Papago Park**
(Why the new Zoo parking lot was unnecessary, but fits a pattern of disregard for desert areas)
**To:** Ryley.buchanan@phoenix.gov <Ryley.buchanan@phoenix.gov>
**Cc:** Theresa J Faull <theresa.faull@phoenix.gov>
**Subject: Observations about new zoo parking lot**

     Please pass this along to Tony Moya (Chair) and all Phoenix Park and Recreation Board members

     First it was the unholy, illegal lease of Papago Park land to the Giants via a rather shady agreement with Scottsdale -- and the subsequent destruction of desert vegetation, now there is the gratuitous destruction of another desert area in Papago Park for an unnecessary parking lot at the Phoenix zoo.

     I have investigated the Zoo matter to some extent and would like to make the following random observations:

- I have examined the zoo lease documents provided via public records request and none of them state in absolute terms that the City of Phoenix is obligated to provide all the parking wanted by the zoo.
- In the original contracts of 1/6/62 and another from 4/26/73 there is a requirement that Phoenix provide parking areas for the zoo. The obvious intention is that parking should be adequate and reasonably close (within 500 feet). The wording is vague but it does not require that Phoenix should meet all zoo parking needs for all occasions, upon demand.
- I take issue with the "more than 130 days annually" statement found in six different meeting agendas regarding present parking being insufficient. I would like the zoo and the city of Phoenix to explain the '130' figure given above.
- Rather than accept an unsupported, fuzzy number, I would like to see a tabulation of visitor and entrance fee data by hour/day for a full year. This would provide the means to calculate a fairly accurate trigger point after which the existing lots are full and traffic must be routed to the stadium parking – and thus arrive at a more precise number of 'overflow' days. I can do this for you, if you wish.
- From personal observation, I would guess that the needs for overflow parking beyond that in the existing four lots does not surpass more than 33 days per year, occurring only on Thursdays through Sundays during the "Zoo Lights" event (in 2020, between 11/27 and 1/19). Of course, that is just a guess because I did not foresee the need for precise data, although I could have easily have done this last year had I known what was at stake. As I have stated, except for a few evening hours during winter weekends, the present parking is perfectly adequate and the occasional additional walking required is minimal and does not affect most visitors.
- It seems to this person that the additional 750 parking spaces, requiring 8 or 9 acres of native desert land, is far in excess of any reasonable needs, even for the holiday season. However, since I have no data on zoo visitor numbers, it is hard to make judgments. Note that this 2020 expansion far exceeds the area of those done in earlier years (Lots B, C and D), authorized by an amendment to Lease 13960 of 1/23/1998.
- I, personally, have attended three Zoo Lights events in the last few years and have never had to use the Stadium overflow lot. I do know, however, it is frequently used at those times. Because I live near Papago Park, I see the families with children and strollers crossing Van Buren and going to the zoo during the holiday season.