AO 440 (Rev. 06/12) Summons in a Civil Action

# United States District Court
# for the State of Arizona

| | |
|---|---|
| **Friends of Papago Park (FOPP)**<br>*Plaintiff*<br><br>– v –<br><br>**The City of Phoenix**<br>*Defendant*<br>**The City of Scottsdale**<br>*Co-Defendant* | **CV20-02467-PHX-GMS**<br><br>**Civil Action Number** _____ |

## SUMMONS IN A CIVIL ACTION

To:     **The City of Scottsdale**
        Ms. Sherry R. Scott
        City Attorney
        3939 N. Drinkwater Blvd.
        Scottsdale, Arizona 85251
        Telephone: 480-312-2405  Fax: 480-312-2548
        Email: Sscott@ScottsdaleAZ.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs, whose name and address are:

| | |
|---|---|
| Lasse Norgaard-Larsen<br>122 E. Garfield St.<br>Tempe, AZ 85251<br>Phone: 602-410-2343 | J. Arthur Deal<br>5936 E. Cambridge Ave<br>Scottsdale, AZ  85257<br>Phone: 602-695-5111P |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Date: _____

CLERK OF COURT
Signature of Clerk or Deputy Clerk

_____

ISSUED ON  4:01 pm, Dec 28, 2020
s/ Debra D. Lucas, Clerk