Eric P. Tuttle (Cal. Bar No. 248440*)
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702
eric.tuttle@mto.com

Stephanie G. Herrera (Cal. Bar No. 313887*)
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077
stephanie.herrera@mto.com

John H. Gray (#028107)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
JHGray@perkinscoie.com
DocketPHX@perkinscoie.com
*Pro Hac Vice*

*Attorneys for Intervenor-Defendant*
*San Francisco Giants Baseball Club LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lasse Norgaard-Larsen, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>City of Phoenix, et al.,<br><br>    Defendants. | Case No. 2:20-cv-02467-GMS<br><br>**RULE 12.1(C) CERTIFICATION RELATING TO INTERVENOR SAN FRANCISCO GIANTS BASEBALL CLUB LLC'S MOTION TO DISMISS**<br><br>Judge:   Hon. G. Murray Snow |

Pursuant to LRCiv 12.1 and consistent with the statement in the motion to dismiss at 3:14-16, Intervenor San Francisco Giants Baseball Club LLC ("Giants") certifies that, before filing the motion to dismiss, counsel for the Giants spoke with Plaintiffs by telephone and notified the Plaintiffs of the issues asserted in the motion. The parties were unable to agree that the pleading was curable in any part by a permissible amendment offered by the pleading party.

Dated: September 21, 2021

**MUNGER, TOLLES & OLSON LLP**

By: *s/ Eric P. Tuttle*

    Eric P. Tuttle (CA Bar No. 248440*)
    **MUNGER, TOLLES & OLSON LLP**
    350 South Grand Avenue, Fiftieth Floor
    Los Angeles, California 90071-3426

    Stephanie G. Herrera (CA Bar No. 313887*)
    **MUNGER, TOLLES & OLSON LLP**
    560 Mission Street, Twenty-Seventh Floor
    San Francisco, California 94105-2907
    *Pro Hac Vice*

    John H. Gray (#028107)
    **PERKINS COIE LLP**
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788

    *Attorneys for Intervenor-Defendant San Francisco Giants Baseball Club LLC*